**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION and THE COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA,<br><br>    Plaintiffs,<br><br>  v.<br><br>NATIONAL INVESTMENT CONSULTANTS, INC., SOUTH CHINA INVESTMENTS, INC., PACIFIC BEST GROUP LTD a.k.a. PACIFIC BEST COMPANY LTD, YI KERRY XU, RUN PING ZHOU, FLORA ZHOU, and WEI M. TSE a.k.a. RAYMOND TSE,<br><br>    Defendants,<br><br>  and<br><br>THERESSA C. WONG,<br><br>    Relief Defendant.<br>_____/ | No. C 05-02641 JSW<br><br>**ORDER RE SUBSTITUTION OF ATTORNEYS** |

The Court has received the substitution of attorneys filed on July 22, 2005, filed by Raymond Tse, Flora Zhou, and South China Investments, Inc. Although Mr. Tse and Ms. Zhou can represent themselves in these proceedings, South China Investments, Inc., as a corporation, generally cannot appear without an attorney. *See Taylor v. Knapp*, 871 F.2d 803, 806 (9th Cir. 1989).

Accordingly, Ms. Yee and Mr. Phon are not relieved from their obligations with respect to South China Investments, unless and until the Court receives a motion to be relieved as counsel establishing good cause.

**IT IS SO ORDERED.**

Dated: July 26, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE