```
EDWARD GARTENBERG (State Bar No. 102693)
ALEXANDRA EPAND (State Bar No. 191733)
THELEN REID & PRIEST LLP
333 S. Hope, Suite 2900
Los Angeles, CA  90071
Telephone:  (213) 576-8000
Facsimile:  (213) 576-8080
egartenberg@thelenreid.com
aepend@thelenreid.com

ROBERT A. WEIKERT (State Bar No. 121146)
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California  94105
Telephone:  (415) 371-1200
Facsimile:  (415) 371-1211
raweiker@thelenreid.com
```

Attorneys for Defendants
NATIONAL INVESTMENT CONSULTANTS, INC.,
And WEI M. TSE a.k.a. RAYMOND TSE, and for
Relief Defendant THERESA C. WONG,

# UNITED STATES DISTRICT COURT
## NORTHERN DIVISION OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION and THE COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL INVESTMENT CONSULTANTS, INC, a California corporation, PACIFIC BEST GROUP LTD, a.k.a. PACIFIC BEST COMPANY LTD, a British Virgin Islands Corporation, YI KERRY XU, an individual, RUN PING ZHOU a.k.a. FLORA ZHOU, an individual, and WEI M. TSE a.k.a. RAYMOND TSE, an individual,<br><br>Defendants,<br><br>and<br><br>THERESA C. WONG, an individual,<br><br>Relief Defendant. | CASE NO.: 052641  JSW<br><br>**ADMINISTRATIVE MOTION TO EXTEND TIME FOR FILING AND SERVICE OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TO FILE A MOTION TO QUASH**<br><br>(No Hearing Set/USDC Civil L.R. 6-3)<br><br>**Judge:**   Hon. Jeffrey S. White |

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

LA #367398 v1

ADMINISTRATION MOTION TO EXTEND TIME FOR FILING AND SERVICE OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TO FILE A MOTION TO QUASH

Pursuant to Local Rule 6-3, Defendants National Investment Consultants, Inc., and Wei M. Tse (Raymond Tse) and Relief Defendant Theresa C. Wong (hereinafter collectively, "Moving Defendants") hereby apply for an Order extending time for all defendants to file and serve any Opposition to Plaintiffs' Motion for Preliminary Injunction and/or any motion to quash.

The basis for Defendants' motion is as follows:

1. Defendants' Opposition to Plaintiffs' Motion and/or any motion to quash is due on July 29, 2005. Defendants, however, only recently retained new counsel on July 28, 2005. Defendants' new counsel has not had time to adequately investigate all of plaintiffs' allegations and prepare an opposition to plaintiffs' Motion for Preliminary Injunction.

2. Additionally, lead counsel, Edward Gartenberg, is currently on a long-standing prepaid family vacation and will be out of the office from July 27, 2005 until August 8, 2005.

3. The CFTC has seized most, if not all, of the documents located at the offices of Defendant NIC and has not yet returned any of these documents or a copy of these documents to NIC. As such, counsel cannot review these documents prior to the current due date for opposition to the motion for a preliminary injunction.

3. Plaintiff Commodity Futures Trade Commission has agreed not to oppose this motion and plaintiffs will not suffer any prejudice since the Moving Defendants are not by this motion requesting a continuance of the hearing date.

4. Furthermore, granting the motion will not affect the schedule of this case. The Moving Defendants merely request that the Court modify the briefing schedule and allow all defendants until August 11, 2005 to file and serve their opposition. The Moving Defendants also request that the Court allow plaintiffs until August 19, 2005 to file and serve any Reply in support of their Motion.

5. If Moving Defendants' are not permitted additional time to file and serve their opposition they will be severely prejudiced because they will be unable to timely obtain the information needed to challenge plaintiffs' allegations.

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

-1-
ADMINISTRATION MOTION TO EXTEND TIME FOR FILING AND SERVICE OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TO FILE A MOTION TO QUASH

6. The Moving Defendants also respectfully request that briefing for any motion to quash be extended consistent with the foregoing request to August 11, 2005 for an opening brief, August 18, 2005 for an opposition brief and August 22, 2005 for a reply. The Moving Defendants do not themselves intend to file a motion to quash.

Dated: July 28, 2005

THELEN REID & PRIEST LLP
EDWARD GARTENBERG
ALEXANDRA EPAND
ROBERT A. WEIKERT

By  /s/
Robert A. Weikert
Attorneys for Defendants
NATIONAL INVESTMENT CONSULTANTS, INC.; WEI M. TSE a.k.a. RAYMOND TSE, and for Relief Defendant THERESA C. WONG

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

-2-
ADMINISTRATION MOTION TO EXTEND TIME FOR FILING AND SERVICE OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TO FILE A MOTION TO QUASH

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. SUMMARY

Defendants NATIONAL INVESTMENT CONSULTANTS, INC., and WEI M. TSE a.k.a. RAYMOND TSE, and Relief Defendant THERESA C. WONG[1] (hereinafter collectively "Defendants")[2] request a brief extension of time to file and serve their opposition to Plaintiffs' Motion for Preliminary Injunction ("Plaintiffs' Motion") which is currently set for hearing on August 26, 2005.

Defendants' opposition to Plaintiffs' Motion is due on July 29, 2005. Defendants, however, only recently retained Thelen Reid & Priest L.L.P. ("Thelen Reid") as new counsel on July 28, 2005. The attorney who will be lead counsel handling this matter is Edward Gartenberg, Chair of Thelen Reid's Corporate and Securities Practice Group. Mr. Gartenberg, however, will be out of state on vacation from July 27, 2005 until August 8, 2005.

In addition to the unavailability of counsel, there is good cause to grant this motion since Defendants believe that they have adequate defenses to the allegations set forth in Plaintiffs' Motion. On or about June 29, 2005, however, the CFTC seized most, if not all, of the documents located at the offices of Defendants NIC and have not returned any of these documents or a copy of these documents to defendants or their counsel. As such, counsel cannot review these documents prior to the current due date for defendants' opposition, July 29, 2005. Additionally, defense counsel requires additional time to research plaintiffs' factual and legal allegations in order to properly investigate and respond to the allegations in Plaintiffs' Motion. Therefore,

---

[1] Although Ms. Wong is not a defendant subject to the Statutory Restraining Order entered June 29, 2005, this Motion is made on her behalf since counsel for Ms. Wong is informed and believes that one or more bank accounts of Ms. Wong's have been improperly frozen.

[2] Thelen Reid is also counsel of record for Pacific Best Group Ltd a.k.a. Pacific Best Company, Ltd., but is still analyzing potential jurisdictional and service issues. Once this analysis is complete, Thelen Reid may bring a Motion pursuant to F.R.C.P. 12(b). and, if so, will make a 'special appearance' on behalf of Pacific Best at that time. Without waiving Pacific Best's ability to make a 'special appearance' in this matter, the relief requested by Moving Defendants in the Motion for Extension of Time for briefing is respectfully presented as a request which would extend the time for all defendants.

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

-3-
ADMINISTRATION MOTION TO EXTEND TIME FOR FILING AND SERVICE OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TO FILE A MOTION TO QUASH

1   Defendants seek an Order extending the time to file and serve their opposition to Plaintiffs'
2   Motion so that new counsel has adequate time to investigate plaintiffs' allegations and prepare an
3   appropriate opposition.
4       Plaintiffs will not suffer any prejudice if this motion is granted.  Defendants are not by this
5   motion requesting a continuance of the hearing date.  Furthermore, CFTC counsel has courteously
6   agreed that it will not oppose a defense motion which extends the briefing dates as requested in
7   this Motion.  In contrast, Defendants will be prejudiced if this Motion is not granted.  This case
8   involves complex factual and legal issues, including trading of foreign currency, jurisdictional and
9   service issues.  In view of the complexity of the case, the fact that this firm was retained very
10  recently, and the fact that principal trial counsel will be out of the office until well after the date
11  the opposition to the motion is currently due, Defendants will be prejudiced if required to respond
12  to plaintiffs' motion by July 29, 2005.
13      Local Rule 6-3 of the United States District Court, Northern District of California permits
14  a party to move to extend the time for filing an opposition to a motion.  Good cause exists for
15  this motion as evidenced by the attached Declaration of Alexandra Epand.  Pursuant to United
16  States District Court of Northern California Local Rule 6-3(a)(2), Defendants attempted to
17  obtain a stipulation from plaintiffs' counsel to extend the time for Defendants to file opposition
18  to Plaintiffs' Motion.  (*See* Declaration of Alexandra Epand, "Epand Decl.," ¶ 7.)  Although
19  counsel for the CFTC would not agree to the stipulation, they agreed not to oppose Defendants'
20  motion and also agreed to the following briefing schedule:  Defendants' opposition filed and
21  served on August 11, 2005 and Plaintiffs' reply filed and served on August 19, 2005.  *Id.*
22  Granting this motion will not affect the schedule of this case since Defendants are not requesting
23  a continuance of the hearing date of Plaintiffs' Motion.  (Epand Decl.¶ 12.)
24  ///
25  ///
26  ///
27  ///
28

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

-4-
ADMINISTRATION MOTION TO EXTEND TIME FOR FILING AND SERVICE OF OPPOSITION TO PLAINTIFFS' MOTION FOR
PRELIMINARY INJUNCTION AND TO FILE A MOTION TO QUASH

For the reasons stated herein, Defendants respectfully request that the Court grant Defendants' Motion To Extend time to file Opposition to Plaintiffs' Motion for Preliminary Injunction.

Dated: July 28, 2005

THELEN REID & PRIEST LLP
EDWARD GARTENBERG
ALEXANDRA EPAND
ROBERT A. WEIKERT

By    /s/
Robert A. Weikert
Attorneys for Defendants
NATIONAL INVESTMENT CONSULTANTS, INC.; WEI M. TSE a.k.a. RAYMOND TSE, and for Relief Defendant THERESA C. WONG

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

-5-
ADMINISTRATION MOTION TO EXTEND TIME FOR FILING AND SERVICE OF OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TO FILE A MOTION TO QUASH