# UNITED STATES DISTRICT COURT
## NORTHERN DIVISION OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION and THE COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL INVESTMENT CONSULTANTS, INC, a California corporation, PACIFIC BEST GROUP LTD, a.k.a. PACIFIC BEST COMPANY LTD, a British Virgin Islands Corporation, YI KERRY XU, an individual, RUN PING ZHOU a.k.a. FLORA ZHOU, an individual, and WEI M. TSE a.k.a. RAYMOND TSE, an individual,<br><br>Defendants,<br><br>and<br><br>THERESA C. WONG, an individual,<br><br>Relief Defendant. | CASE NO.: 052641<br><br>[~~PROPOSED~~] ORDER ON DEFENDANTS' MOTION TO EXTEND TIME FOR FILING AND SERVICE OF OPPOSITION TO PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION<br><br>(USDC Civil L.R. 6-3)<br><br>**Judge:**     **Hon. Jeffrey S. White** |

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

-1-

[~~PROPOSED~~] ORDER ON DEFENDANTS' MOTION TO EXTEND TIME FOR FILING AND SERVICE OF OPPOSITION TO PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION

1  Defendants National Investment Consultants, Inc., Wei M. Tse a.k.a. Raymond Tse and
2  Relief Defendant Theresa Wong (collectively "Defendants") have moved pursuant to Local Rule
3  6-3 of the United States District Court, Northern District of California for an Order Extending
4  Time for Filing and Service of Defendants' Opposition to Plaintiffs' Motion For Preliminary
5  Injunction ("Plaintiffs' Motion") in the above-captioned matter.

6  Defendants attempted to meet and confer with plaintiffs' counsel prior to filing this Motion
7  for Extended Time but were unsuccessful in obtaining plaintiffs' agreement on an extended
8  hearing date and briefing schedule for Defendants' Opposition to Plaintiffs' Motion. However,
9  plaintiffs do not oppose Defendants' Motion.

10  This Court, having considered Defendants' Motion and all the other pleadings filed in
11  connection with this matter, and good cause appearing therefore, GRANTS Defendants' motion,
12  and, THEREFORE:

13  IT IS HEREBY ORDERED that Defendants' Opposition to Plaintiffs' Motion for
14  Preliminary injunction shall be filed and served no later than August 11, 2005.

15  Plaintiffs' Reply, if any, shall be filed and served by August 19, 2005.

**IT IS SO ORDERED.**

DATED: July 29, 2005

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

-2-
[PROPOSED] ORDER ON DEFENDANTS' MOTION TO EXTEND TIME FOR FILING AND SERVICE OF OPPOSITION TO PLAINTIFFS' APPLICATION FOR PRELIMINARY INJUNCTION