IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. COMMODITY FUTURES TRADING
COMMISSION and THE COMMISSIONER
OF CORPORATIONS OF THE STATE OF
CALIFORNIA,

    Plaintiffs,

  v.

NATIONAL INVESTMENT
CONSULTANTS, INC., SOUTH CHINA
INVESTMENTS, INC., PACIFIC BEST
GROUP LTD a.k.a. PACIFIC BEST
COMPANY LTD, YI KERRY XU, RUN
PING ZHOU, FLORA ZHOU, and WEI M.
TSE a.k.a. RAYMOND TSE,

    Defendants,

  and

THERESSA C. WONG,

    Relief Defendant.
_____/

No. C 05-02641 JSW

**ORDER GRANTING
STIPULATION AND SETTING
BRIEFING SCHEDULE**

    The Court has received the stipulation and proposed order to permit Flora Zhou and Yi Kerry Xu until August 26, 2005 to respond to Plaintiffs' complaint. That requested is GRANTED. If Ms. Zhou and Ms. Xu intend to oppose the pending motion for a preliminary injunction, they shall submit papers in opposition by August 11, 2005. Plaintiffs' reply brief, if any, shall be due on August 19, 2005.

**IT IS SO ORDERED.**

Dated: August 4, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE