EDWARD GARTENBERG (State Bar No. 102693)
ALEXANDRA EPAND (State Bar No. 191733)
THELEN REID & PRIEST LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 576-8000
Facsimile: (213) 576-8080
egartenberg@thelenreid.com
aepand@thelenreid.com

ROBERT A. WEIKERT (State Bar No. 121146)
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211
raweiker@thelenreid.com

Attorneys for Defendants
NATIONAL INVESTMENT CONSULTANTS, INC.,
And WEI M. TSE a.k.a. RAYMOND TSE, and for
Relief Defendant THERESA C. WONG,

**UNITED STATES DISTRICT COURT**
**NORTHERN DIVISION OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION and THE COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL INVESTMENT CONSULTANTS, INC, a California corporation, PACIFIC BEST GROUP LTD, a.k.a. PACIFIC BEST COMPANY LTD, a British Virgin Islands Corporation, YI KERRY XU, an individual, RUN PING ZHOU a.k.a. FLORA ZHOU, an individual, and WEI M. TSE a.k.a. RAYMOND TSE, an individual,<br><br>Defendants,<br><br>and<br><br>THERESA C. WONG, an individual,<br><br>Relief Defendant. | CASE NO.: 052641 JSW<br><br>Assigned to Hon. Jeffrey S. White<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED ORDER]** |

| | |
|---|---|
| 1 | WHEREAS, plaintiffs have filed and served a Complaint in the above action; |
| 2 | WHEREAS, defense counsel entering into this stipulation was retained on July 28, 2005 |
| 3 | and has requested additional time to respond to the Complaint; and |
| 4 | WHEREAS, the time for Defendants to respond to the Complaint has passed; |
| 5 | IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that |
| 6 | defendants NATIONAL INVESTMENT CONSULTANTS, INC, PACIFIC BEST GROUP LTD, |
| 7 | a.k.a. PACIFIC BEST COMPANY LTD, WEI M. TSE a.k.a. RAYMOND TSE, and Relief |
| 8 | Defendant THERESA WONG shall have until August 26, 2005 to respond to plaintiffs' |
| 9 | Complaint. |

Dated: August 3, 2005            THELEN REID & PRIEST LLP

By _[signature]_
EDWARD GARTENBERG
ALEXANDRA EPAND
ROBERT A. WEIKERT
Attorneys for Defendants
NATIONAL INVESTMENT CONSULTANTS, INC.;
WEI M. TSE a.k.a. RAYMOND TSE, and for Relief
Defendant THERESA C. WONG and Specially
Appearing for Defendant PACIFIC BEST GROUP LTD,
a.k.a. PACIFIC BEST COMPANY LTD

Dated: August __, 2005            U.S. Commodities Futures Trading Commission

By _____
KEVIN K. BATTEH
JAMES H. HOLL, III
ERIN E. VESPE
Attorneys for Plaintiff U.S. Commodities Futures
Trading Commission

Dated: August __, 2005            Commissioner of Corporations of the State of California

By _____
WAYNE STRUMPFER
ALAN S. WENGER
EDWARD KELLY SHINNICK
Attorneys for Plaintiff Commissioner of Corporations of
the State of California

-1-

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED ORDER]

|    |    |
|----|----|
| 1  | WHEREAS, plaintiffs have filed and served a Complaint in the above action; |
| 2  | WHEREAS, defense counsel entering into this stipulation was retained on July 28, 2005 |
| 3  | and has requested additional time to respond to the Complaint; and |
| 4  | WHEREAS, the time for Defendants to respond to the Complaint has passed; |
| 5  | IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that |
| 6  | defendants NATIONAL INVESTMENT CONSULTANTS, INC, PACIFIC BEST GROUP LTD, |
| 7  | a.k.a. PACIFIC BEST COMPANY LTD, WEI M. TSE a.k.a. RAYMOND TSE, and Relief |
| 8  | Defendant THERESA WONG shall have until August 26, 2005 to respond to plaintiffs' |
| 9  | Complaint. |

Dated: August __, 2005      THELEN REID & PRIEST LLP

By _____
EDWARD GARTENBERG
ALEXANDRA EPAND
ROBERT A. WEIKERT
Attorneys for Defendants
NATIONAL INVESTMENT CONSULTANTS, INC.;
WEI M. TSE a.k.a. RAYMOND TSE, and for Relief
Defendant THERESA C. WONG and Specially
Appearing for Defendant PACIFIC BEST GROUP LTD,
a.k.a. PACIFIC BEST COMPANY LTD

Dated: August 3, 2005      U.S. Commodities Futures Trading Commission

By _____
KEVIN K. BATTEH
JAMES H. HOLL, III
ERIN E. VESPE
Attorneys for Plaintiff U.S. Commodities Futures
Trading Commission

Dated: August __, 2005      Commissioner of Corporations of the State of California

By _____
WAYNE STRUMPFER
ALAN S. WENGER
EDWARD KELLY SHINNICK
Attorneys for Plaintiff Commissioner of Corporations of
the State of California

WHEREAS, plaintiffs have filed and served a Complaint in the above action;

WHEREAS, defense counsel entering into this stipulation was retained on July 28, 2005 and has requested additional time to respond to the Complaint; and

WHEREAS, the time for Defendants to respond to the Complaint has passed;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that defendants NATIONAL INVESTMENT CONSULTANTS, INC, PACIFIC BEST GROUP LTD, a.k.a. PACIFIC BEST COMPANY LTD, WEI M. TSE a.k.a. RAYMOND TSE, and Relief Defendant THERESA WONG shall have until August 26, 2005 to respond to plaintiffs' Complaint.

Dated: August __, 2005

THELEN REID & PRIEST LLP

By _____
EDWARD GARTENBERG
ALEXANDRA EPAND
ROBERT A. WEIKERT
Attorneys for Defendants
NATIONAL INVESTMENT CONSULTANTS, INC.;
WEI M. TSE a.k.a. RAYMOND TSE, and for Relief
Defendant THERESA C. WONG and Specially
Appearing for Defendant PACIFIC BEST GROUP LTD,
a.k.a. PACIFIC BEST COMPANY LTD

Dated: August __, 2005

U.S. Commodities Futures Trading Commission

By _____
KEVIN K. BATTEH
JAMES H. HOLL, III
ERIN E. VESPE
Attorneys for Plaintiff U.S. Commodities Futures
Trading Commission

Dated: August 3, 2005

Commissioner of Corporations of the State of California

By _____
WAYNE STRUMPFER
ALAN S. WENGER
EDWARD KELLY SHINNICK
Attorneys for Plaintiff Commissioner of Corporations of
the State of California

-1-

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED ORDER]

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

| | |
|---|---|
| 1 | |
| 2 | Good cause appearing, **IT IS SO ORDERED.** The briefing schedule on the motion for a preliminary injunction remains unmodified. |
| 3 | |
| 4 | DATED: ___August 8, 2005___ |
| 5 | |
| 6 | _____ <br> HONORABLE JEFFREY S. WHITE <br> UNITED STATES DISTRICT JUDGE |