FRED S. KONIGSBERG (State Bar No. 158179)
LAW OFFICES OF FRED S. KONIGSBERG
One Post Street
Suite 2550
San Francisco, California 94104
Telephone: (415) 341-5783
Facsimile: (415) 321-7199
fskonigsberg@yahoo.com

Attorney for Defendant
FLORA ZHOU

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION AND THE COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL INVESTMENT CONSULTANTS, INC., a California Corporation, PACIFIC BEST GROUP, LTD., aka PACIFIC BEST COMPANY LTD., a British Virgin Islands Corporation, YI KERRY XU, an individual, and WEI M. TSE, aka RAYMOND TSE, an individual,<br><br>Defendants.<br><br>And<br><br>THERESA C. WONG, an individual,<br><br>Relief Defendant. | CASE NO. 052641 JSW<br><br>**DEFENDANT RUN PING (FLORA) ZHOU'S NOTICE OF JOINDER TO DEFENDANT NATIONAL INVESTMENT CONSULTANTS INC., AND RAYMOND TSE'S OPPOSITION TO PLAINTIFFS'** *EX PARTE* **MOTION FOR PRELIMINARY INJUNCTION AND DECLARATIONS OF DEFENDANT RUN PING (FLORA) ZHOU, ALBERT JOHN GIORGI AND WEI MING DENG IN SUPPORT THEREOF**<br><br>Date: August 26, 2005<br><br>Time: 9:00 A. M.<br><br>**Place: Courtroom of Hon. Jeffrey White** |

DEFENDANT RUN PING (FLORA) ZHOU'S NOTICE OF JOINDER TO DEFENDANT NATIONAL INVESTMENT CONSULTANTS INC., AND RAYMOND TSE'S OPPOSITION TO PLAINTIFFS' *EX PARTE* MOTION FOR PRELIMINARY INJUNCTION AND DECLARATIONS OF DEFENDANT RUN PING (FLORA) ZHOU, ALBERT JOHN GIORGI AND WEI MING DENG IN SUPPORT THEREOF

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant RUN PING (FLORA) ZHOU hereby joins with and incorporates herein by this reference the Opposition to the Plaintiffs' Motion for Preliminary Injunction set for hearing on August 26th, 2005 in the above – entitled Court located at 400 Golden Gate Avenue, San Francisco CA.

Defendant ZHOU's joinder will be based upon this Notice of Joinder, defendant National Investment Consultants Inc.'s Opposition to the Motion and its Memorandum of Points and Authorities filed therewith, as well as all documents in the Court's file and any further evidence and argument presented at or prior to the hearing.

Dated: August 11, 2005

FRED S. KONIGSBERG
LAW OFFICES OF FRED S. KONIGSBERG

*/s/ Fred S. Konigsberg*
Fred S. Konigsberg
Attorney for Defendant
Run Ping (Flora) Zhou

**DEFENDANT RUN PING (FLORA) ZHOU'S NOTICE OF JOINDER TO DEFENDANT NATIONAL INVESTMENT CONSULTANTS INC., AND RAYMOND TSE'S OPPOSITION TO PLAINTIFFS' *EX PARTE* MOTION FOR PRELIMINARY INJUNCTION AND DECLARATIONS OF DEFENDANT RUN PING (FLORA) ZHOU, ALBERT JOHN GIORGI AND WEI MING DENG IN SUPPORT THEREOF**

# PROOF OF SERVICE

I declare that I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within case; my business address is: One Post Street, Suite 2550, San Francisco, California 94104

On <u>August 11, 2005</u>, I served the following document(s) described as:

**DEFENDANT RUN PING (FLORA) ZHOU'S NOTICE OF JOINDER TO DEFENDANT NATIONAL INVESTMENT CONSULTANTS INC., AND RAYMOND TSE'S OPPOSITION TO PLAINTIFFS'** *EX PARTE* **MOTION FOR PRELIMINARY INJUNCTION AND DECLARATIONS OF DEFENDANT RUN PING (FLORA) ZHOU, ALBERT JOHN GIORGI AND WEI MING DENG IN SUPPORT THEREOF**

on the following interested parties in this action:

KEVIN BATTEH
JAMES HOLL
U.S. Commodity Futures Trading Commission
1155 21st Street NW
Washington, DC 20581

John W. Cotton
Cotton & Gundzik LLP
801 South Figueroa Street \
Suite 1400
Los Angeles, California 90017

Alan S. Weinger
Edward Kelly Shinnick
Corporations Counsel
71 Stevenson Street, Suite 2100
San Francisco, CA 94105-2908

Edward Gartenberg
Alexandra Epand
Thelen Reid & Priest LP
333 South Hope Street, Suite 2900
Los Angeles, CA 90071-3048

[] **(BY TELEFACSIMILE TRANSMISSION)** at approximately <u>2:00</u> PM, from the telefacsimile transmitting machine at the Law Offices of Fred S. Konigsberg, One Post Street, Suite 2550, San Francisco, California 94104 [facsimile number (415) 321-7199], to the attention of the following interested parties in this action, at addressee's facsimile no.:

This transmission was reported as complete and without error. The attached transmission confirmation report was properly issued by the transmitting facsimile machine.

DEFENDANT RUN PING (FLORA) ZHOU'S NOTICE OF JOINDER TO DEFENDANT NATIONAL INVESTMENT CONSULTANTS INC., AND RAYMOND TSE'S OPPOSITION TO PLAINTIFFS' *EX PARTE* MOTION FOR PRELIMINARY INJUNCTION AND DECLARATIONS OF DEFENDANT RUN PING (FLORA) ZHOU, ALBERT JOHN GIORGI AND WEI MING DENG IN SUPPORT THEREOF

| | (BY OVERNIGHT DELIVERY) |
|---|---|
| | [] BY FEDERAL EXPRESS DELIVERY |
| | [] BY UNITED STATES EXPRESS MAIL |
| | [] BY EXPRESS DELIVERY SERVICE |

☒ **(BY MAIL)** [] **(BY CERTIFIED MAIL)** by placing a true copy thereof in a sealed envelope with postage fully prepaid. I am readily familiar with the business practice of The Law Offices of Fred S. Konigsberg for collection and processing of correspondence for mailing with the United States Postal Service, and the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on <u>August 11, 2005</u> at San Francisco, California.

<u>    Rhea Garcia                    </u>                <u>                              </u>
      name                                                    signature

**DEFENDANT RUN PING (FLORA) ZHOU'S NOTICE OF JOINDER TO DEFENDANT NATIONAL INVESTMENT CONSULTANTS INC., AND RAYMOND TSE'S OPPOSITION TO PLAINTIFFS'** *EX PARTE* **MOTION FOR PRELIMINARY INJUNCTION AND DECLARATIONS OF DEFENDANT RUN PING (FLORA) ZHOU, ALBERT JOHN GIORGI AND WEI MING DENG IN SUPPORT THEREOF**