KEVIN K. BATTEH, (DC Bar No. 482021)
Trial Attorney
JAMES H. HOLL, III, (DC Bar No. 453473)
Senior Trial Attorney
ERIN E. VESPE, (CT Bar No. 407295)
Chief Trial Attorney
U.S. Commodity Futures Trading Commission
1155 21st St. N.W.
Washington, D.C. 20581
Telephone (202) 418 -5636
Facsimile (202) 418-5538
E-mail: KBatteh@cftc.gov

Attorneys for Plaintiff U.S. Commodity
Futures Trading Commission

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION et al., | ) ) |
| Plaintiffs, | ) Case No.: 05-cv-02641-JSW ) |
| | ) Judge: The Hon. Jeffrey S. White ) |
| vs. | ) |
| | ) Next Hearing: October 14, 2005, 9:00 a.m. |
| NATIONAL INVESTMENT CONSULTANTS, INC., et al., | ) ) STIPULATION TO RESCHEDULE CASE |
| Defendants, | ) MANAGEMENT CONFERENCE AND ) HEARING ON MOTION TO DISMISS |
| and | ) [Proposed Order] ) |
| THERESA C. WONG, an individual, | ) ) |
| Relief Defendant. | ) ) |

WHEREAS, the Case Management Conference and the hearing on defendant Pacific

Best's Motion to Dismiss are both currently set for Friday, October 14, 2005.

WHEREAS, the parties have conferred and agreed to reschedule both the Case

Management Conference and the hearing on defendant Pacific Best's Motion to Dismiss until

1

November 4, 2005.

IT IS HEREBY STIPULATED AND AGREED, subject to approval of the Court, that the Case Management Conference in this matter shall be rescheduled to November 4, 2005 at 1:30 p.m. The parties' joint case management statement and proposed order shall be due on or before October 28, 2005. The hearing on defendant Pacific Best's Motion to Dismiss shall be continued until November 4, 2005 at 9:00 am. The previously set briefing schedule for the Motion to Dismiss shall remain in effect.

Respectfully submitted,                                   Dated: September 1, 2005

_____
Kevin K. Batteh
James H. Holl, III
Attorneys for Plaintiff U.S. Commodity
Futures Trading Commission

                                                          Dated: September 1, 2005
_____
Wayne Strumpfer
Alan S. Weinger
Edward Kelly Shinnick
Corporations Counsel

Attorneys for Plaintiff Commissioner of
Corporations of the State of California

2

1            Dated: September 1, 2005

Edward Gartenberg

2 Alexandra Epand

3 Robert A. Weikert
Attorneys for Defendants

4 National Investment Consultants, Inc.;
Wei M. Tse aka Raymond Tse and for

5 Relief Defendant Theresa Wong and
Specially Appearing for Defendant

6 Pacific Best Group Ltd, a.k.a Pacific

7 Best Company Ltd

8

9

10 John W. Cotton, Esq.
Cotton & Gundzik, LLP

11 Counsel for Defendant Yi Kerry Xu

12

13

14 Fred Koningsberg, Esq.
Counsel for Defendant Run Ping Zhou

15 a.k.a. Flora Zhou

16

17

18

19

20

21

22

23

24

25

26

27

28

            3

Dated: September 1, 2005

_____
Edward Gartenberg
Alexandra Epand
Robert A. Weikert
Attorneys for Defendants
National Investment Consultants, Inc.;
Wei M. Tse aka Raymond Tse and for
Relief Defendant Theresa Wong and
Specially Appearing for Defendant
Pacific Best Group Ltd, a.k.a Pacific
Best Company Ltd


_____
John W. Cotton, Esq.
Cotton & Gundzik, LLP
Counsel for Defendant Yi Kerry Xu


_____
Fred Koningsberg, Esq.
Counsel for Defendant Run Ping Zhou
a.k.a. Flora Zhou

3

Dated: September 1, 2005

---

Edward Gartenberg
Alexandra Epand
Robert A. Weikert
Attorneys for Defendants
National Investment Consultants, Inc.;
Wei M. Tse aka Raymond Tse and for
Relief Defendant Theresa Wong and
Specially Appearing for Defendant
Pacific Best Group Ltd, a.k.a Pacific
Best Company Ltd

---

John W. Cotton, Esq.
Cotton & Gundzik, LLP
Counsel for Defendant Yi Kerry Xu

Fred Koningsberg, Esq.
Counsel for Defendant Run Ping Zhou
a.k.a. Flora Zhou

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 12 , 2005

HONORABLE JEFFREY S. WHITE
U.S. DISTRICT JUDGE

By Judge Phyllis J. Hamilton

4