FRED S. KONIGSBERG (State Bar No. 158179)
LAW OFFICES OF FRED S. KONIGSBERG
One Post Street
Suite 2550
San Francisco, California 94104
Telephone: (415) 341-5783
Facsimile: (415) 321-7199
fskonigsberg@yahoo.com

Attorney for Defendant
Run ping (FLORA) ZHOU,

UNITED STATES DISTRICT COURT
NORTHERN DIVISION OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION and THE COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL INVESTMENT CONSULTANTS, INC, a California corporation, PACIFIC BEST GROUP LTD, a.k.a. PACIFIC BEST COMPANY LTD, a British Virgin Islands Corporation, YI KERRY XU, an individual, RUN PING ZHOU a.k.a. FLORA ZHOU, an individual, and WEI M. TSE a.k.a. RAYMOND TSE, an individual,<br><br>Defendants,<br><br>And<br><br>THERESA C. WONG, an individual,<br><br>Relief Defendant. | CASE NO.: 052641 JSW<br><br>Assigned to Hon. Jeffrey S. White<br><br>**STIPULATION TO PARTIALLY LIFT FREEZE ON CERTAIN ASSETS** [PROPOSED ORDER] |

WHEREAS, Plaintiffs have filed and served a Complaint in the above action; and

WHEREAS, all defendants have responded to the Complaint by answer or motion; and

1

1   WHEREAS, Defendant Run Ping (Flora) Zhou, in filing her Answer to the Complaint
2   incorporated a declaration from her husband, John Giorgi, who declared, under oath, that part of
3   the assets that were frozen by the Statutory Restraining Order issued by this Court included
4   $84,645.10 representing the proceeds deposited into Washington Mutual Bank Account # 339-
5   688992-2 on April 18, 2005, from the sale of his previous marital residence and was, thus, his sole
6   and separate property; and

7

8   WHEREAS, the proceeds on deposit in that account have not been withdrawn and remain
9   on deposit therein and the value of that account, since the proceeds deposit, has not declined below
10  $84,645.10.

11

12  THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of
13  the Court, that the freeze on the funds on deposit in Washington Mutual Account Number be
14  partially lifted to the extent of $84,645.10 and that the husband of Defendant Run Ping (Flora)
15  Zhou, John Giorgi, may withdraw funds from said account up to and including said sum. The
16  balance of the deposit in said account and all other funds frozen by the terms of the Statutory
17  Restraining Order shall remain frozen.

| | | |
|---|---|---|
| 1 | Dated: September 27, 2005 | LAW OFFICES OF FRED S. KONIGSBERG |
| 2 | | |
| 3 | | By: *(signature)* |
| 4 | | FRED S. KONIGSBERG<br>Attorney for Defendants |
| 5 | | FLORA ZHOU |
| 6 | Dated: September __, 2005 | US Commodity Futures Trading Commission |
| 7 | | |
| 8 | | By:_____ |
| 9 | | KEVIN K. BATTEH<br>Attorney for Plaintiff U.S. Commodity Futures Trading Commission |
| 10 | | |
| 11 | Dated: September __, 2005 | Commissioner of Corporations of the State of California |
| 12 | | |
| 13 | | By:_____ |
| 14 | | EDWARD KELLY SHINNICK<br>Attorney for Plaintiff Commissioner of Corporations of the State of California |

Good cause appearing, **IT IS SO ORDERED.**

DATED: <u>September 27, 2005</u>

*(signature)*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

3