JOHN W. COTTON, State Bar No. 54912
Email: jcotton@cgllp.com
AARON C. GUNDZIK, State Bar No. 132137
Email: agundzik@cgllp.com
COTTON & GUNDZIK LLP
801 South Figueroa, 14th Floor
Los Angeles, California 90017-5434
Telephone: 213/312-1330
Telecopy: 213/623-6699

Attorneys for Defendant
Yi Kerry Xu

UNITED STATES DISTRICT COURT

NORTHERN DIVISION OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION AND THE COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NATIONAL INVESTMENT CONSULTANTS, INC., a California Corporation, PACIFIC BEST GROUP, LTD., aka PACIFIC BEST COMPANY LTD., a British Virgin Islands Corporation, YI KERRY XU, an individual, RUN PING ZHOU a.k.a. FLORA ZHOU and WEI M. TSE, aka RAYMOND TSE, an individual,<br><br>    Defendants.<br><br>And<br><br>THERESA C. WONG, an individual,<br><br>    Relief Defendant. | CASE NO. 05-2641 JSW<br><br>**DEFENDANT YI KERRY XU'S REQUEST TO APPEAR BY TELEPHONE** |

- 1 -

1  Defendant Yi Kerry Xu hereby requests to appear through counsel by telephone for the
2  Case Management Conference hearing set for November 4, 2005 09:00 a.m. immediately
3  following the hearing on the Motion to Dismiss in Courtroom 2 on the 17th Floor of the Federal
4  Building, 450 Golden Gate Avenue, San Francisco, California.
5  Defendant Yi Kerry Xu is not a party to the motion to dismiss, and Defendant's counsel
6  is located in Los Angeles, California. The Court gave its advance permission to this request on
7  August 26, 2005 during the hearing on the CFTC's Motion for Preliminary Injunction.
8  On the date of the hearing, counsel John W. Cotton can be reached at 213/312-1336.

Dated: August 23, 2005

JOHN W. COTTON
COTTON & GUNDZIK LLP

/s/John W. Cotton
John W. Cotton

Attorney for Defendant
Yi Kerry Xu

IT IS SO ORDERED.

Dated: October 25, 2005

_/s/ Jeffrey S. White_
Honorable Jeffrey S. White

- 2 -