EDWARD GARTENBERG (State Bar No. 102693)
ALEXANDRA EPAND (State Bar No. 191733)
THELEN REID & PRIEST LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 576-8000
Facsimile: (213) 576-8080
egartenberg@thelenreid.com
aepand@thelenreid.com

ROBERT A. WEIKERT (State Bar No. 121146)
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211
raweiker@thelenreid.com

Attorneys for Defendants
NATIONAL INVESTMENT CONSULTANTS, INC.,
And WEI M. TSE a.k.a. RAYMOND TSE, and for
Relief Defendant THERESA C. WONG,

## UNITED STATES DISTRICT COURT
## NORTHERN DIVISION OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION and THE COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL INVESTMENT CONSULTANTS, INC, a California corporation, PACIFIC BEST GROUP LTD, a.k.a. PACIFIC BEST COMPANY LTD, a British Virgin Islands Corporation, YI KERRY XU, an individual, RUN PING ZHOU a.k.a. FLORA ZHOU, an individual, and WEI M. TSE a.k.a. RAYMOND TSE, an individual,<br><br>Defendants,<br><br>and<br><br>THERESA C. WONG, an individual,<br><br>Relief Defendant. | CASE NO.: 052641 JSW<br><br>Assigned to Hon. Jeffrey S. White<br><br>**DEFENDANTS NATIONAL INVESTMENT CONSULTANTS, INC., WEI M. Tse a.k.a. RAYMOND TSE, Relief Defendant THERESA WONG AND SPECIALLY APPEARING DEFENDANT PACIFIC BEST GROUP LTD'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER THEREON** |

1  Defendants NATIONAL INVESTMENT CONSULTANTS, INC., WEI M. TSE a.k.a.
2  RAYMOND TSE, Relief Defendant THERESA C. WONG and Specially Appearing Defendant
3  PACIFIC BEST GROUP LTD., hereby request to appear through counsel by telephone at the Case
4  Management Conference hearing previously set for November 4, 2005 at 9:00 a.m., and continued
5  to November 4, 2005 at 1:30 p.m., in Courtroom 2 on the 17th Floor of the Federal Building, 450
6  Golden Gate Avenue, San Francisco, California.

This Court originally scheduled Pacific Best's Motion to Dismiss for hearing concurrently with the Case Management Conference on November 4, 2005 at 9:00 a.m. On October 31, 2005, this Court served its Order Denying Defendant Pacific Best Group's Motion to Dismiss and continued the Case Management Conference to 1:30 p.m. on November 4, 2005. Consequently, counsel for Pacific Best, who is located in Los Angeles, California, requests that the Court allow counsel to appear at the Case Management Conference by telephone.

On the date of the hearing, counsel Alexandra Epand, can be reached at 213-576-8082.

Dated: October 31, 2005

THELEN REID & PRIEST LLP

By _____
EDWARD GARTENBERG
ALEXANDRA EPAND
ROBERT A. WEIKERT
Attorneys for Defendants
NATIONAL INVESTMENT CONSULTANTS, INC.;
WEI M. TSE a.k.a. RAYMOND TSE, and for Relief
Defendant THERESA C. WONG and Specially
Appearing for Defendant PACIFIC BEST GROUP LTD,
a.k.a. PACIFIC BEST COMPANY LTD

**IT IS SO ORDERED.**

DATED: October 31, 2005

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

-1-
DEFENDANTS' REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE AND [PROPOSED] ORDER THEREON]