IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL INVESTMENT CONSULTANTS, INC., et al., <br><br> Defendant. | No. C 05-02641 JSW <br><br> **ORDER OF REFERRAL** |

Pursuant to the Court's Order at the Case Management Conference held in this case on November 3, 2005, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for a Settlement Conference. In light of the passage of time between the case management conference and this Order, the Court shall extend the deadline for completing the settlement conference until April 28, 2006, or as soon thereafter as is convenient for the Magistrate Judge assigned to this matter.

**IT IS SO ORDERED.**

Dated: February 9, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom