1  Edward Gartenberg (CA Bar No. 102693)
   Alexandra Epand (CA Bar No. 191733)
2  THELEN REID & PRIEST LLP
3  333 South Hope Street, Suite 2900
   Los Angeles, California  90071-3048
4  Telephone:     (213) 576-8000
   Facsimile:     (213) 576-8080
5  email: egartenberg@thelenreid.com
6  email: aepand@thelenreid.com

7  Attorneys for Defendants
   NATIONAL INVESTMENT CONSULTANTS, INC., and
8  WEI M. TSE a.k.a. RAYMOND TSE, and for Relief
   Defendant THERESA C. WONG,
9

10              **UNITED STATES DISTRICT COURT**
                **NORTHERN DIVISION OF CALIFORNIA**
11              **SAN FRANCISCO DIVISION**

12   U.S. COMMODITY FUTURES TRADING          CASE NO.: 052641  JSW
13   COMMISSION and THE COMMISSIONER OF
     CORPORATIONS OF THE STATE OF
14   CALIFORNIA,                             **STIPULATION AND [PROPOSED]**
                                             **ORDER EXTENDING TIME FOR**
15              Plaintiffs,                  **SERVICE OF EXPERT WITNESS**
                                             **DISCLOSURES AND REPORTS**
16        vs.
                                             (No Hearing Set/USDC Civil L.R.
17   NATIONAL INVESTMENT CONSULTANTS,        6-2)
18   INC, a California corporation, PACIFIC BEST
     GROUP LTD, a.k.a. PACIFIC BEST          **Judge:     Hon. Jeffrey S. White**
19   COMPANY LTD, a British Virgin Islands
     Corporation, YI KERRY XU, an individual,
20   RUN PING ZHOU a.k.a. FLORA ZHOU, an
     individual, and WEI M. TSE a.k.a. RAYMOND
21   TSE, an individual,
22              Defendants,
23
24        and
25   THERESA C. WONG, an individual,
26              Relief Defendant.
27
28

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

## RECITALS

WHEREAS on November 3, 2005, the Court ordered disclosure of all expert witnesses and reports to be served by March 31, 2006;

WHEREAS on March 27, 2006, Defendants' expert witness, Gordon Rausser, advised that he was en route to testify at a trial in New York and that he expected the trial to last all week. Consequently, Mr. Rausser requested additional time in order to prepare his report;

WHEREAS counsel for Defendants has informed plaintiffs United States Commodity Futures Trading Commission and the Commissioner of Corporations for the State of California (hereinafter collectively "Plaintiffs") of Mr. Rausser's inability to complete his report by Friday March 31, 2006;

WHEREAS all parties through their counsel of record have agreed that disclosure of all expert witnesses and reports may be extended two weeks and may be served on or before April 14, 2006;

WHEREAS, granting the motion will not affect any hearings or proceedings on the Court's calendar and will not affect the schedule of this case;

WHEREAS, this court has ordered one prior time modification in this case Pursuant to Northern District Rule 6-3 and the parties have agreed to one prior time modification by stipulation.

## STIPULATION

The parties hereby agree and stipulate, subject to approval of this Court, that the parties shall have up to and including April 14, 2006, to serve their disclosure of expert witnesses and reports.

///
///
///
///
///

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SERVICE OF
EXPERT WITNESS DISCLOSURES AND REPORTS (Case No. 052641 JSW)

1   Dated: March 28, 2006                THELEN REID & PRIEST LLP

2

3                                        By _____

4                                            EDWARD GARTENBERG
                                             ALEXANDRA EPAND
5                                            ROBERT A. WEIKERT
                                             Attorneys for Defendants
6                                            PACIFIC BEST GROUP LTD, a.k.a. PACIFIC BEST
                                             COMPANY LTD, NATIONAL INVESTMENT
7                                            CONSULTANTS, INC.; WEI M. TSE a.k.a.
                                             RAYMOND TSE, and for Relief Defendant THERESA
8                                            C. WONG

9

10

11  Dated:  March __, 2006                U.S. COMMODITY FUTURES TRADING COMMISSION

12

13                                        By _____
14                                            KEVIN K. BATTEH
                                             JAMES H. HOLL, III
15                                           ERIN E. VESPE
                                             Attorneys for Plaintiff
16                                           U.S. COMMODITY FUTURES TRADING
                                             COMMISSION
17

18
    Dated:  March __, 2006                COMMISSIONER OF CORPORATIONS OF THE STATE
19                                        OF CALIFORNIA

20

21                                        By _____
                                             WAYNE STRUMPFER
22                                           ALAN S. WENGER
                                             EDWARD KELLY SHINNICK
23                                           Attorneys for Plaintiff
                                             COMMISSIONER OF CORPORATIONS OF THE
24                                           STATE OF CALIFORNIA

25

26

27

28

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR SERVICE OF
EXPERT WITNESS DISCLOSURES AND REPORTS (Case No. 052641 JSW)

1   Dated:  March __, 2006                THELEN REID & PRIEST LLP

2

3                                         By _____
4                                             EDWARD GARTENBERG
                                              ALEXANDRA EPAND
5                                             ROBERT A. WEIKERT
                                              Attorneys for Defendants
6                                             PACIFIC BEST GROUP LTD, a.k.a. PACIFIC BEST
                                              COMPANY LTD, NATIONAL INVESTMENT
7                                             CONSULTANTS, INC.; WEI M. TSE a.k.a.
                                              RAYMOND TSE, and for Relief Defendant THERESA
8                                             C. WONG
9

10

11  Dated:  March 28, 2006                U.S. COMMODITY FUTURES TRADING COMMISSION

12

13                                        By _____
14                                            KEVIN K. BATTEH
                                              JAMES H. HOLL, III
15                                            ERIN E. VESPE
                                              Attorneys for Plaintiff
16                                            U.S. COMMODITY FUTURES TRADING
                                              COMMISSION
17

18  Dated:  March __, 2006                COMMISSIONER OF CORPORATIONS OF THE STATE
19                                         OF CALIFORNIA

20

21                                        By _____
22                                            WAYNE STRUMPFER
                                              ALAN S. WENGER
23                                            EDWARD KELLY SHINNICK
                                              Attorneys for Plaintiff
24                                            COMMISSIONER OF CORPORATIONS OF THE
                                              STATE OF CALIFORNIA
25

26

27

28

-3-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SERVICE OF
EXPERT WITNESS DISCLOSURES AND REPORTS (Case No. 052641 JSW)

1 | Dated: March ___, 2006

2

3

4

5

6

7

8

9

10

11 | Dated: March ___, 2006

12

13

14

15

16

17

18 | Dated: March 28, 2006

19

20

21

22

23

24

25

26

27

28

THELEN REID & PRIEST LLP


By _____
EDWARD GARTENBERG
ALEXANDRA EPAND
ROBERT A. WEIKERT
Attorneys for Defendants
PACIFIC BEST GROUP LTD, a.k.a. PACIFIC BEST
COMPANY LTD, NATIONAL INVESTMENT
CONSULTANTS, INC.; WEI M. TSE a.k.a.
RAYMOND TSE, and for Relief Defendant THERESA
C. WONG


U.S. COMMODITY FUTURES TRADING COMMISSION


By _____
KEVIN K. BATTEH
JAMES H. HOLL, III
ERIN E. VESPE
Attorneys for Plaintiff
U.S. COMMODITY FUTURES TRADING
COMMISSION


COMMISSIONER OF CORPORATIONS OF THE STATE
OF CALIFORNIA


By _____
WAYNE STRUMPFER
ALAN S. WENGER
EDWARD KELLY SHINNICK
Attorneys for Plaintiff
COMMISSIONER OF CORPORATIONS OF THE
STATE OF CALIFORNIA

-3-

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SERVICE OF
EXPERT WITNESS DISCLOSURES AND REPORTS (Case No. 052641 JSW)

1    Dated: March 27, 2006                    COTTON & GUNDZIK, LLP

2

3                                             By _____

4                                                JOHN W. COTTON
                                                 Attorneys for Defendant
5                                                YI KERRY XU

6

7    Dated: March ___, 2006                   LAW OFFICES OF FRED S. KONIGSBERG

8

9                                             By _____

10                                               FRED S. KONIGSBERG
                                                 Attorneys for Defendants
11                                               RUN PING ZHOU aka FLORA ZHOU and
                                                 SOUTH CHINA INVESTMENTS, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Dated: March __, 2006          COTTON & GUNDZIK, LLP

2

3

4                                 By _____
                                       JOHN W. COTTON
5                                      Attorneys for Defendant
                                       YI KERRY XU
6

7  Dated: March __, 2006          LAW OFFICES OF FRED S. KONIGSBERG

8

9                                 By _____
10                                     FRED S. KONIGSBERG
                                       Attorneys for Defendants
11                                     RUN PING ZHOU aka FLORA ZHOU and
                                       SOUTH CHINA INVESTMENTS, INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SERVICE OF
EXPERT WITNESS DISCLOSURES AND REPORTS (Case No. 052641 JSW)

## [PROPOSED] ORDER

Pursuant to Stipulation, the parties shall have up to and including April 14, 2006 to serve their disclosure of expert witnesses and reports.

**IT IS SO ORDERED.**

Dated: March 28 , 2006

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT
JUDGE

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SERVICE OF
EXPERT WITNESS DISCLOSURES AND REPORTS (Case No. 052641 JSW)