| | |
|---|---|
| 1 | EDWARD GARTENBERG (State Bar No. 102693) |
| | ALEXANDRA EPAND (State Bar No. 191733) |
| 2 | THELEN REID & PRIEST LLP |
| | 333 South Hope Street, Suite 2900 |
| 3 | Los Angeles, California  90071 |
| | Telephone:  (213) 576-8000 |
| 4 | Facsimile:  (213) 576-8080 |
| | egartenberg@thelenreid.com |
| 5 | aepand@thelenreid.com |
| 6 | |
| | ROBERT A. WEIKERT (State Bar No. 121146) |
| 7 | THELEN REID & PRIEST LLP |
| | 101 Second Street, Suite 1800 |
| 8 | San Francisco, California  94105 |
| | Telephone:  (415) 371-1200 |
| 9 | Facsimile:  (415) 371-1211 |
| | raweikert@thelenreid.com |
| 10 | Attorneys for Defendants |
| | NATIONAL INVESTMENT CONSULTANTS, INC., |
| 11 | And WEI M. TSE a.k.a. RAYMOND TSE, and for |
| 12 | Relief Defendant THERESA C. WONG, |

## UNITED STATES DISTRICT COURT
## NORTHERN DIVISION OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION and THE COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA, | CASE NO.: 052641  JSW |
| | Assigned to Hon. Jeffrey S. White |
| Plaintiffs, | **DECLARATION OF EDWARD GARTENBERG IN SUPPORT OF MOTION ALLOWING WITHDRAW OF COUNSEL OF RECORD FOR PACIFIC BEST** |
| vs. | |
| NATIONAL INVESTMENT CONSULTANTS, INC, a California corporation, PACIFIC BEST GROUP LTD, a.k.a. PACIFIC BEST COMPANY LTD, a British Virgin Islands Corporation, YI KERRY XU, an individual, RUN PING ZHOU a.k.a. FLORA ZHOU, an individual, and WEI M. TSE a.k.a. RAYMOND TSE, an individual, | |
| Defendants, | |

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

LA #393193 v3  037264-2                    -1-

DECLARATION OF EDWARD GARTENBERG IN SUPPORT OF MOTION
ALLOWING WITHDRAW OF COUNSEL OF RECORD FOR PACIFIC BEST

| | |
|---|---|
| And<br><br>THERESA C. WONG, an individual,<br><br>Relief Defendant. | Date:  May 12, 2006<br>Time:  9:00 a.m.<br>Dept.:  2<br><br>Complaint filed:  June 28, 2005<br>Trial Date:  October 30, 2006 |

I, EDWARD GARTENBERG, hereby declare:

1. I am a member of law firm of Thelen Reid & Priest LLP ("Thelen Reid"), counsel of record in the above matter for defendants NATIONAL INVESTMENT CONSULTANTS, INC. ("NICI"), PACIFIC BEST GROUP LTD, a.k.a. PACIFIC BEST COMPANY LTD, a British Virgin Islands Corporation ("Pacific Best"), WEI M. TSE a.k.a. RAYMOND TSE ("Tse") and Relief Defendant THERESA WONG ("Wong"). I am the partner with primary responsibility for litigation of this matter on behalf of the foregoing defendants. I have personal knowledge of the facts set forth herein and, if called as a witness in this matter, I could and would competently testify thereto under oath. I submit this Declaration in support of Thelen Reid's Motion for Order Allowing Withdrawal As Counsel of Record for Pacific Best.

2. My law firm was employed to represent Pacific Best, NICI, Tse and Wong in this action by a written agreement.

3. For the reasons set forth below, Thelen Reid respectfully requests that the Court grant Thelen Reid's leave to withdraw as counsel of record of Pacific Best in the above-captioned action.

### Conflict

4. Factors have arisen that I believe permit Thelen Reid to seek the Court's authorization to be relieved as counsel for Pacific Best. Among other reasons, I believe that withdrawal is appropriate because a conflict has arisen which impedes Thelen Reid's ability to continue to act as counsel for Pacific Best and one or more of the other clients Thelen Reid represents in this action. While I believe an actual conflict exists between Pacific Best and Mr. Tse, at a minimum, there is a potential conflict between these parties.

LA #393193 v3  037264-2                                    -2-

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

DECLARATION OF EDWARD GARTENBERG IN SUPPORT OF MOTION
ALLOWING WITHDRAW OF COUNSEL OF RECORD FOR PACIFIC BEST

**Unreasonable Difficulty for Counsel to Proceed**

5. I also believe that withdrawal is permissible under CRPC 3-700(C)(1)(d) which permits withdrawal where a client has made it unreasonably difficult for counsel to proceed because Pacific best has failed to cooperate with counsel.

**No Prejudice Will arise By Granting This Motion**

6. Well in advance of this motion, Pacific Best has been provided notice that absent a substitution of counsel, counsel would move to terminate its representation. I have advised Pacific Best to locate and substitute new counsel to replace Thelen Reid. I have also advised Pacific Best that corporations may not appear *pro se* in federal court. Pacific Best has been made aware that, unless it locates new counsel, it could be subject to default or other liabilities.

7. While I have discussed substitution with potential new counsel, to date, I have not been advised that Pacific Best has obtained new counsel.

8. There is no current discovery pending directed to Pacific Best, nor are there any motions pending. The trial date is October 31, 2006, which is more than seven months away. No prejudice should arise by reason of the granting of this motion.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed this 28th day of March, 2006, at Los Angeles, California.

*Edward Gartenberg*
Edward Gartenberg

LA #393193 v3 037264-2 -3-

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

DECLARATION OF EDWARD GARTENBERG IN SUPPORT OF MOTION ALLOWING WITHDRAW OF COUNSEL OF RECORD FOR PACIFIC BEST
(Case No. 052641 JSW)