**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8   U.S. COMMODITY FUTURES TRADING                No. C-05-2641 JSW (EMC)
    COMMISSION, *et al.*,
9
            Plaintiffs,
10
11          v.                                    **ORDER EXCUSING ATTENDANCE AT
                                                  SETTLEMENT CONFERENCE**
    NATIONAL INVESTMENT
12  CONSULTANTS, INC., *et al.*,

13          Defendants.
    _____/
14

15      By letter dated April 24, 2006, Defendant YI KERRY XU, through her counsel John W.

16  Cotton, Cotton & Gundzik, requested to be excused from personally appearing at the settlement

17  conference scheduled for April 27, 2006.

18      Upon consideration of the request, the Court finds good cause for excusing personal

19  attendance.  Therefore, it is hereby ORDERED that YI KERRY XU be available by telephone from

20  9:30 a.m. Pacific Time until further notice on April 27, 2006.

21      If the Court concludes that the absence of YI KERRY XU is impeding the settlement

22  conference, the Court may continue the settlement conference and may order personal attendance by

23  each party including YI KERRY XU.

24

25      IT IS SO ORDERED.

26
    Dated:  April 25, 2006
27
                                                  _____
28                                                EDWARD M. CHEN
                                                  United States Magistrate Judge