UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL INVESTMENT CONSULTANTS, INC., *et al.*,<br><br>Defendants.<br>_____/ | No. C-05-2641 JSW (EMC)<br><br>**NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **May 12, 2006, at 2:00 p.m.**, Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Associate Director Gretchen Lowe shall participate by telephone. The Deputy Director shall also be available by telephone.

♦ **Further Settlement Conference statements shall be lodged with the Court by May 10, 2006. If this case is designated as an electronic filing ("e-filing") case, statements must be lodged by hard copy only and should not be electronically filed.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for further settlement conference.

IT IS SO ORDERED.

Dated: May 5, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

2