**United States District Court**

**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION ET AL, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL INVESTMENT CONSULTANTS, INC., et al., <br><br> Defendants. | No. C 05-02641 JSW <br><br> **ORDER CONTINUING HEARING ON THELEN REID AND PRIEST LLP'S MOTION TO WITHDRAW AS COUNSEL** |

The hearing on Thelen Reid and Priest LLP's Motion to Withdraw as Counsel is HEREBY CONTINUED from May 12, 2006 at 9:00 a.m. to May 26, 2006 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 11, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE