**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION ET AL,<br><br>   Plaintiff,<br><br> v.<br><br>NATIONAL INVESTMENT CONSULTANTS, INC., et al.,<br><br>   Defendants. | No. C 05-02641 JSW<br><br>**ORDER DENYING STIPULATION TO ADVANCE HEARING DATE** |

  The Court has received the parties' stipulation regarding the hearing date and briefing schedule on Thelen Reid and Priest LLP's Motion to Withdraw as Counsel for Defendants National Investment Consultants, Inc., Raymond Tse, and Teresa Wong.

  The Court DENIES the stipulation in order to provide the Defendants affected by the motion sufficient time to respond. If those Defendants do not object to the advanced hearing date and expedited briefing schedule, the Court will revisit this ruling.

  Accordingly, the June 23, 2006 hearing date for this motion remains on calendar and any opposition to the motion shall be filed in accordance with Northern District Civil Local Rule 7-3.

  **IT IS SO ORDERED.**

Dated: May 16, 2006

                     _____
                     JEFFREY S. WHITE
                     UNITED STATES DISTRICT JUDGE