| | |
|---|---|
| 1 | Edward Gartenberg (CA Bar No. 102693) |
| 2 | Alexandra Epand (CA Bar No. 191733) |
| | THELEN REID & PRIEST LLP |
| 3 | 333 South Hope Street, Suite 2900 |
| | Los Angeles, California 90071-3048 |
| 4 | Telephone: (213) 576-8000 |
| | Facsimile: (213) 576-8080 |
| 5 | email: egartenberg@thelenreid.com |
| 6 | email: aepand@thelenreid.com |

Attorneys for Defendants PACIFIC BEST GROUP, LTD., NATIONAL INVESTMENT CONSULTANTS, INC., and WEI M. TSE a.k.a. RAYMOND TSE, and for Relief Defendant THERESA C. WONG,

# UNITED STATES DISTRICT COURT
## NORTHERN DIVISION OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION and THE COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA, | CASE NO.: 052641 JSW |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON THELEN REID'S MOTION TO WITHDRAW AS COUNSEL FOR NICI, TSE AND WONG |
| vs. | |
| NATIONAL INVESTMENT CONSULTANTS, INC, a California corporation, PACIFIC BEST GROUP LTD, a.k.a. PACIFIC BEST COMPANY LTD, a British Virgin Islands Corporation, YI KERRY XU, an individual, RUN PING ZHOU a.k.a. FLORA ZHOU, an individual, and WEI M. TSE a.k.a. RAYMOND TSE, an individual, | Judge: Hon. Jeffrey S. White<br><br>Current Date: June 23, 2006<br>New Date: July 21, 2006<br>Time: 9:00 a.m.<br>Dept.: 2 |
| Defendants, | |
| and | |
| THERESA C. WONG, an individual, | Complaint filed: June 28, 2005<br>Trial Date: October 30, 2006 |
| Relief Defendant. | |

-1-

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON THELEN REID'S MOTION TO WITHDRAW AS COUNSEL FOR NICI, TSE AND WONG (Case No. 052641 JSW)

## RECITALS

WHEREAS on or about May 15, 2006, Thelen Reid & Priest LLP ("Thelen Reid") filed its Motion For Order Allowing Withdrawal as Counsel of Record for Defendants National Investment Consultants, Inc. ("NICI"), Wei Man Tse a.k.a. Raymond Tse ("Tse") and Relief Defendant Theresa Wong ("Wong") ("Thelen Reid's Motion"); and

WHEREAS a settlement in principal of this action has been reached; and

WHEREAS Thelen Reid's Motion has been fully briefed; and

WHEREAS Thelen Reid's Motion is currently scheduled to be heard June 23, 2006; and

WHEREAS the undersigned counsel of record have agreed that Thelen Reid's Motion may be heard on July 21, 2006 to attempt to conclude the settlement before the hearing and that the continuance of the hearing date shall not prejudice Thelen Reid's motion;

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court that, the time for the hearing on Thelen Reid's Motion is continued to July 21, 2006 at 9:00 a.m.

Dated: June 14, 2006

THELEN REID & PRIEST LLP

By  /S/
EDWARD GARTENBERG
Attorneys for Defendants
PACIFIC BEST GROUP LTD, NATIONAL INVESTMENT CONSULTANTS, INC.; WEI M. TSE a.k.a. RAYMOND TSE, and for Relief Defendant THERESA C. WONG

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON THELEN REID'S MOTION TO WITHDRAW AS COUNSEL FOR NICI, TSE AND WONG (Case No. 052641 JSW)

| | |
|---|---|
| Dated: June ___, 2006 | U.S. COMMODITY FUTURES TRADING COMMISSION |
| | By  /s/ |
| | KEVIN K. BATTEH |
| | JAMES H. HOLL, III |
| | ERIN E. VESPE |
| | Attorneys for Plaintiff |
| | U.S. COMMODITY FUTURES TRADING COMMISSION |
| Dated: June ___, 2006 | COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA |
| | By  /s/ |
| | WAYNE STRUMPFER |
| | ALAN S. WENGER |
| | EDWARD KELLY SHINNICK |
| | Attorneys for Plaintiff |
| | COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA |
| Dated: June ___, 2006 | COTTON & GUNDZIK, LLP |
| | By  /s/ |
| | JOHN W. COTTON |
| | Attorneys for Defendant |
| | YI KERRY XU |
| Dated: June ___, 2006 | LAW OFFICES OF FRED S. KONIGSBERG |
| | By  /s/ |
| | FRED S. KONIGSBERG |
| | Attorneys for Defendants |
| | RUN PING ZHOU aka FLORA ZHOU and SOUTH CHINA INVESTMENTS, INC. |

I, Alexandra Epand, hereby attest, pursuant to N.D. Cal. General Order 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

-3-
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON THELEN REID'S MOTION TO WITHDRAW AS COUNSEL FOR NICI, TSE AND WONG (Case No. 052641 JSW)

## [PROPOSED] ORDER

Pursuant to Stipulation, the Court makes the following Order:

The parties hereby agree and stipulate, subject to approval of this Court, as follows: The hearing on the Motion of Thelen Reid & Priest LLP to Withdraw as Counsel of Record for Defendants National Investment Consultants, Inc. ("NICI"), Wei Man Tse a.k.a. Raymond Tse ("Tse") and Relief Defendant Theresa Wong ("Wong") is continued to ~~July 21, 2006~~ at 9:00 a.m.

July 28, 2006

**IT IS SO ORDERED.**

Dated: June 14, 2006

_/s/ Jeffrey S. White_
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

-4-

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON THELEN REID'S MOTION TO WITHDRAW AS COUNSEL FOR NICI, TSE AND WONG (Case No. 052641 JSW)