IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. COMMODITY FUTURES TRADING
COMMISSION ET AL,

    Plaintiff,

v.

NATIONAL INVESTMENT
CONSULTANTS, INC., et al.,

    Defendants.

No. C 05-02641 JSW

**ORDER CONTINUING HEARING ON THELEN REID AND PRIEST LLP'S MOTION TO WITHDRAW AS COUNSEL**

In order to permit the parties to finalize the pending settlement, the hearing on Thelen Reid and Priest LLP's Motion to Withdraw as Counsel is HEREBY CONTINUED from July 28, 2006 to September 1, 2006, at 9:00 a.m. In the event the parties finalize the settlement prior to that date, counsel for the Commodities Futures Trading Commission shall be permitted to appear by telephone at that hearing.

**IT IS SO ORDERED.**

Dated: July 20, 2006

                                                           JEFFREY S. WHITE
                                                           UNITED STATES DISTRICT JUDGE