**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION et al., ) ) Plaintiffs, ) ) vs. ) ) NATIONAL INVESTMENT ) CONSULTANTS, INC., et al., ) Defendants, ) ) and ) ) THERESA C. WONG, an individual, ) Relief Defendant. ) ) | Case No.: 05-cv-02641-JSW<br><br>Judge: The Hon. Jeffrey S. White<br><br>Next Hearing: September 1, 2006<br><br>JOINT STATUS REPORT |

Plaintiffs, U.S. Commodity Futures Trading Commission (the "Commission") and the Commissioner of Corporations of the State of California ("California") (collectively "Plaintiffs") and Defendants National Investment Consultants, Inc. ("NICI"), Raymond Tse, Flora Zhou, Yi Kerry Xu, and relief Defendant Theresa C. Wong by the undersigned counsel hereby submit this Joint Report pursuant to this Court's Minute Order filed July 20, 2006.

**1. Settlement**

On May 25, 2006, the parties attended a continued settlement conference held by United States Magistrate Judge Edward M. Chen. The parties reached a settlement in principle and Magistrate Judge Chen provided the parties with dates to exchange drafts and obtain the requisite signatures. Counsel for both Plaintiffs and Defendants worked diligently to resolve issues with the language in the settlement documents and after several weeks of negotiations, the parties have a final agreed upon a Proposed Consent Order of Permanent Injunction and an

1

accompanying Proposed Stipulated Judgment (the "Proposed Consent Order and Injunction").

The Commission requires signed copies of all proposed consent orders before considering an offer of settlement. The settlement documentation was duly forwarded to the defendants for signature with time to review and consider the settlement documentation. The Commission received the last set of required signatures on June 30, 2006. Kevin K. Batteh, counsel for Plaintiff Commission was out of the office for his wedding and honeymoon from the end of July until mid August. Counsel fully expected review of the matter to be completed prior to his return. The review process is not complete, however; the matter has now been reviewed by each Division within the Commodity Futures Trading Commission and has been transmitted for final signature by the various Commissioners of the Commodity Futures Trading Commission.

Counsel is reasonably certain that final sign off will occur prior to the September 1, 2006 Case Management Conference. Entry of the Proposed Consent Order and Injunction would fully resolve this matter and obviate the need for this Court to conduct a further Case Management Conference or Hearing on Defendants pending Motion.

**2. Thelen Reid & Priest's Motion to Withdraw**

Thelen Reid & Priest LLP and the individual attorneys of that firm who are counsel of record for various defendants ("Thelen Reid") filed a motion to withdraw as to Defendants NICI and Raymond Tse and Relief Defendant Theresa Wong. A hearing on that motion is currently scheduled for September 1, 2006.

Counsel for the parties anticipate that the Commission will approve the current settlement documentation before September 1, 2006 and that the Proposed Consent Order and Injunction will be presented to this Honorable Court for signature and entry before that date, thereby concluding this litigation and causing the pending motion to withdraw to become moot.

2

| | |
|---|---|
| 1 | In an abundance of caution, the undersigned parties request an extension of the Case |
| 2 | Management Conference and the Hearing on Defendants Motion to Withdraw as Counsel of |
| 3 | Record for two weeks to give the parties sufficient time to obtain the requisite Commission |
| 4 | |
| 5 | settlement authority and enter the Proposed Consent Order and Injunction for this Court's |
| 6 | review. |

Dated: August 24, 2006

By _____
KEVIN K. BATTEH
JAMES H. HOLL, III
Attorneys for Plaintiff
U.S. COMMODITY FUTURES TRADING
COMMISSION


By _____/s/_____
EDWARD KELLY SHINNICK
WAYNE STRUMPFER
ALAN S. WEINGER
Attorneys for Plaintiff
COMMISSIONER OF CORPORATIONS OF
THE STATE OF CALIFORNIA

3

| | |
|---|---|
| 1 | **COTTON & GUNDZIK, LLP** |
| 2 | |
| 3 | By  _____/s/_____ |
| 4 | JOHN W. COTTON<br>Attorneys for Defendant |
| 5 | YI KERRY XU |
| 6 | |
| 7 | |
| 8 | By  _____/s/_____ |
| 9 | FRED S. KONIGSBERG<br>Attorneys for Defendants |
| 10 | RUN PING ZHOU aka FLORA ZHOU and<br>SOUTH CHINA INVESTMENTS, INC. |
| 11 | |
| 12 | |
| 13 | **THELEN REID & PRIEST LLP** |
| 14 | |
| 15 | By  _____/s/_____ |
| 16 | EDWARD GARTENBERG<br>ALEXANDRA EPAND |
| 17 | ROBERT A. WEIKERT<br>Attorneys for Defendants |
| 18 | NATIONAL INVESTMENT CONSULTANTS,<br>INC.; WEI M. TSE a.k.a. RAYMOND TSE, and |
| 19 | for Relief Defendant THERESA C. WONG |

I, Kevin K. Batteh, hereby attest, pursuant to N.D. Cal. General Order 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

*Kevin Batteh*

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Jeffrey S. White]

The hearing on the Motion to Withdraw as Counsel of Records and the further Case Management Conference are HEREBY CONTINUED to September 15, 2006 at 9:00 a.m.

Dated:  August 28, 2006

4