KEVIN K. BATTEH, (DC Bar No. 482021)
Trial Attorney
JAMES H. HOLL, III, (DC Bar No. 453473)
Senior Trial Attorney
ERIN E. VESPE, (CT Bar No. 407295)
Chief Trial Attorney
U.S. Commodity Futures Trading Commission
1155 21st St. N.W.
Washington, D.C. 20581
Telephone (202) 418 -5636
Facsimile (202) 418-5538
E-mail: KBatteh@cftc.gov

Attorneys for Plaintiff U.S. Commodity
Futures Trading Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL INVESTMENT CONSULTANTS, INC., et al., <br> Defendants, <br><br> and <br><br> THERESA C. WONG, an individual, <br> Relief Defendant. | Case No.: 05-cv-02641-JSW <br><br> Judge: The Hon. Jeffrey S. White <br><br> Next Hearing: September 15, 2006, 9:00 a.m. <br><br> STIPULATED MOTION FOR ENTRY OF CONSENT ORDER OF PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF |

COMES NOW Plaintiffs, U.S. Commodity Futures Trading Commission ("Commission") and the Commissioner of Corporations for the State of California ("State of California") and Defendants, National Investment Consultants, Inc. ("NICI"), Wei Man Tse a.k.a. Raymond Tse, Run Ping Zhou a.k.a. Flora Zhou a.k.a Flora Giorgi, and Yi "Kerry" Xu and

1

Relief Defendant Theresa Wong (collectively, "Defendants") and hereby move this Court for entry of the [Proposed] Consent Order of Permanent Injunction and Other Equitable Relief ("Proposed Consent Order") filed concurrently herewith.

The Plaintiffs and Defendants reached a mutually-agreed settlement of the litigation. This settlement is memorialized in the Proposed Consent Order and entry of the Proposed Consent Order will resolve this litigation and will settle all matters alleged in the Complaint against Defendants. The parties, as stipulated in the Proposed Consent Order, respectfully request that this Court execute and enter the Order as submitted.

The parties also request that the Court execute and enter an attached Stipulation which modifies the originally executed Proposed Consent Order so that typographical errors noted by counsel after execution of the order by Defendants be corrected pursuant to the attached Stipulation. The Proposed Consent Order, attached hereto, incorporates the agreed to corrections noted in the Stipulation.

Respectfully submitted,                              Dated: August 31, 2006

*/s/ Kevin Batteh*

_____
Kevin K. Batteh
James H. Holl, III
Attorneys for Plaintiff U.S. Commodity
Futures Trading Commission

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | _____ | Dated: August 31, 2006 |
| | Wayne Strumpfer | |
| 4 | Alan S. Weinger | |
| | Edward Kelly Shinnick | |
| 5 | Corporations Counsel | |
| 6 | | |
| | Attorneys for Plaintiff Commissioner of | |
| 7 | Corporations of the State of California | |

Wayne Strumpfer
Alan S. Weinger
Edward Kelly Shinnick
Corporations Counsel

Attorneys for Plaintiff Commissioner of Corporations of the State of California

Dated: August 31, 2006

_____
Edward Gartenberg
Alexandra Epand
Robert A. Weikert
Attorneys for Defendants
National Investment Consultants, Inc.;
Wei M. Tse aka Raymond Tse and for
Relief Defendant Theresa Wong

Dated: August 31, 2006

_____
John W. Cotton, Esq.
Cotton & Gundzik, LLP
Counsel for Defendant Yi Kerry Xu

Dated: August 31, 2006

_____
Fred Koningsberg, Esq.
Counsel for Defendant Run Ping Zhou
a.k.a. Flora Zhou

3