**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
SAN FRANCISCO DIVISION

U.S. COMMODITY FUTURES TRADING COMMISSION et al.,

Plaintiffs,

vs.

NATIONAL INVESTMENT CONSULTANTS, INC., et al.,
Defendants,

and

THERESA C. WONG, an individual,
Relief Defendant.

Case No.: 05-cv-02641-JSW

Judge: The Hon. Jeffrey S. White

(Proposed)
**CONSENT ORDER OF PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF AGAINST DEFENDANTS PACIFIC BEST GROUP LTD, NATIONAL INVESTMENT CONSULTANTS, INC, WEI MAN TSE, RUN PING ZHOU, YI KERRY XU AND RELIEF DEFENDANT THERESA WONG**

# ATTACHMENT A

## (NOT FOR ENTRY)

Edward Gartenberg (CA Bar No. 102693)
Alexandra Epand (CA Bar No. 191733)
THELEN REID & PRIEST LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone: (213) 576-8000
Facsimile: (213) 576-8080
email: egartenberg@thelenreid.com
email: aepand@thelenreid.com

Attorneys for Defendants
NATIONAL INVESTMENT CONSULTANTS, INC., and
WEI M. TSE a.k.a. RAYMOND TSE, and for Relief
Defendant THERESA C. WONG,

**UNITED STATES DISTRICT COURT**
**NORTHERN DIVISION OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION and THE COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL INVESTMENT CONSULTANTS, INC, a California corporation, PACIFIC BEST GROUP LTD, a.k.a. PACIFIC BEST COMPANY LTD, a British Virgin Islands Corporation, YI KERRY XU, an individual, RUN PING ZHOU a.k.a. FLORA ZHOU, an individual, and WEI M. TSE a.k.a. RAYMOND TSE, an individual,<br><br>Defendants,<br><br>and<br><br>THERESA C. WONG, an individual,<br><br>Relief Defendant. | CASE NO.: 052641 JSW<br><br>**STIPULATION FOR JUDGMENT**<br><br>Judge: Hon. Jeffrey S. White |

The parties to this action, by the signatures of their counsel of record to this Stipulation, do stipulate and agree as follows:

## I.

## RECITALS

1. The Plaintiffs the Commodity Futures Trading Commission and the State of California have filed a Complaint against Defendants Pacific Best Company Ltd, National Investment Consultants, Inc, Raymond Tse, Flora Zhou, Yi Kerry Xu and Relief Defendant Theresa Wong alleging violations of the Commodity Exchange Act, as amended (the "Act"), 7 U.S.C. §§ 13a-1 (2002) *et seq*. and California state law.

2. The parties desire to resolve this litigation. The parties have entered into a settlement which has been memorialized by a Consent Order of Permanent Injunction and Other Equitable Relief (the "Consent Order"). Pursuant to the Consent Order, a Stipulation for Judgment (the "Stipulated Judgment"), is provided as security in the event that certain payments are not otherwise made pursuant to the Consent Order. This document shall constitute that Stipulated Judgment.

3. All of the terms of the Consent Order are reaffirmed and incorporated herein by reference. Pursuant to this Stipulated Judgment, in the event that payments are not fully made pursuant to the Consent Order and subject to the provisions for notice in Section III, paragraph D(13) of the Consent Order, judgment may be entered only against the Defendants (but not against Relief Defendant Theresa Wong) whose liability for restitution and/or penalties have not otherwise been paid in this action at their respective "capped amount" as provided in section III, paragraph B(6) for restitution and section III, paragraphs C(7) and (8) for penalties of the Consent Order. The amount of this judgment shall be Three Million Two Hundred Thousand Dollars ($3,200,000) <u>less all amounts otherwise paid pursuant to the Consent Order</u>.

4. The parties agree that Plaintiffs' counsel may complete this Stipulated Judgment by entering the names of the applicable Defendants and the applicable amount (not to exceed $3,200,000) consistent with the provisions of paragraph 3 above and the Consent Order.

5. This Stipulated Judgment may not be filed or entered until, when and if, the payments provided for in the Consent Order, after notice and an opportunity to cure as set forth in that Order, have not been made.

6. The parties admit that this Court has jurisdiction of this action for purposes of entering the Stipulated Judgment and that, by agreeing to a judgment in this matter, they voluntarily consent to this Court exercising that jurisdiction over their persons for purposes of enforcing this judgment.

## II.

## TERMS OF PROPOSED JUDGMENT

1. Plaintiffs shall have Judgment against Defendants ______________________________________________ (the "Judgment Defendants") in the sum of $____________________ on the claims raised in the Complaint on file in this action.

2. Each party is to bear his, her, or its own costs and attorney's fees in this matter, and no Court award will be made for costs or attorney's fees.

3. The Judgment Defendants will pay the sums specified in this judgment to the Plaintiffs in this matter, in cash or cash equivalent within thirty (30) days of receiving notice of the entry of this judgment. Notice shall be provided pursuant to Section IV Paragraph 4 of the Consent Order. If payment is not made as specified, the plaintiff may execute on this judgment by any means or remedy available at law for collections of or execution on judgments. Interest shall be paid at the post-judgment interest rate set forth in 28 U.S.C. § 1961 on any unpaid amounts due and owing pursuant to this judgment beginning 30 days after notice of entry of this judgment and interest shall accrue until this judgment is paid in full. All payments made pursuant to this judgment shall be applied as provided in the Consent Order.

IT IS SO STIPULATED

Dated: 7-14, 2006

THELEN REID & PRIEST LLP

By [signature]
EDWARD GARTENBERG
Attorneys for Defendants
PACIFIC BEST GROUP LTD, a.k.a. PACIFIC BEST COMPANY LTD, NATIONAL INVESTMENT CONSULTANTS, INC.; WEI M. TSE a.k.a. RAYMOND TSE, and for Relief Defendant THERESA C. WONG

Dated: 8/31/06, 2006

U.S. COMMODITY FUTURES TRADING COMMISSION

By [signature]
KEVIN K. BATTEH
Attorneys for Plaintiff
U.S. COMMODITY FUTURES TRADING COMMISSION

Dated: ________, 2006

COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA

By ________________
EDWARD KELLY SHINNICK
Attorneys for Plaintiff
COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA

Dated: _________, 2006

THELEN REID & PRIEST LLP

By ______________________________
EDWARD GARTENBERG
Attorneys for Defendants
PACIFIC BEST GROUP LTD, a.k.a. PACIFIC BEST COMPANY LTD, NATIONAL INVESTMENT CONSULTANTS, INC.; WEI M. TSE a.k.a. RAYMOND TSE, and for Relief Defendant THERESA C. WONG

Dated: _________, 2006

U.S. COMMODITY FUTURES TRADING COMMISSION

By ______________________________
KEVIN K. BATTEH
Attorneys for Plaintiff
U.S. COMMODITY FUTURES TRADING COMMISSION

Dated: 8/31, 2006

COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA

By ______________________________
EDWARD KELLY SHINNICK
Attorneys for Plaintiff
COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA

Dated: ________, 2006

COTTON & GUNDZIK, LLP

By ______________________
JOHN W. COTTON
Attorneys for Defendant
YI KERRY XU

Dated: ________, 2006

LAW OFFICES OF FRED S. KONIGSBERG

By ______________________
FRED S. KONIGSBERG
Attorneys for Defendants
RUN PING ZHOU aka FLORA ZHOU and
SOUTH CHINA INVESTMENTS, INC.

Consented to and approved for entry by:

DEFENDANTS:

PACIFIC BEST GROUP LTD.

By: ______________________ 6-20-06
Date

NATIONAL INVESTMENT CONSULTANTS, INC

By: ______________________ 6-20-06
Date

______________________ 6. 20. 06
RAYMOND TSE / WEI MAN TSE Date

______________________ ________
RUN PING ZHOU / FLORA GIORGI Date

______________________ ________
YI KERRY XU Date

Dated: ________, 2006

COTTON & GUNDZIK, LLP

By ____________________

JOHN W. COTTON
Attorneys for Defendant
YI KERRY XU

Dated: July 18, 2006

LAW OFFICES OF FRED S. KONIGSBERG

By ____________________

FRED S. KONIGSBERG
Attorneys for Defendants
RUN PING ZHOU aka FLORA ZHOU and
SOUTH CHINA INVESTMENTS, INC.

Consented to and approved for entry by:

DEFENDANTS:

PACIFIC BEST GROUP LTD.

By: ____________________ ____________ Date

NATIONAL INVESTMENT CONSULTANTS, INC

By: ____________________ ____________ Date

____________________ ____________
RAYMOND TSE / WEI MAN TSE Date

____________________ July. 17. 2006
RUN PING ZHOU / FLORA GIORGI Date

____________________ ____________
YI KERRY XU Date

Dated: July 20, 2006

COTTON & GUNDZIK, LLP

By [signature]
JOHN W. COTTON
Attorneys for Defendant
YI KERRY XU

Dated: ________, 2006

LAW OFFICES OF FRED S. KONIGSBERG

By ______________________
FRED S. KONIGSBERG
Attorneys for Defendants
RUN PING ZHOU aka FLORA ZHOU and
SOUTH CHINA INVESTMENTS, INC.

Consented to and approved for entry by:

DEFENDANTS:

PACIFIC BEST GROUP LTD.

By: ______________________ ________
Date

NATIONAL INVESTMENT CONSULTANTS, INC

By: ______________________ ________
Date

______________________ ________
RAYMOND TSE / WEI MAN TSE Date

______________________ ________
RUN PING ZHOU / FLORA GIORGI Date

[signature] July 20. 06
YI KERRY XU Date

RELIEF DEFENDANT:

[signature]
THERESA WONG

6/20/06
Date

**ORDER ON STIPULATION**

The Court has reviewed and accepted this Stipulation. Therefore,

IT IS ORDERED that the Clerk of this Court enter Judgment in this matter, according to the provisions of Rule 58 of the Federal Rules of Civil Procedure and in accordance with the terms of this Stipulation. Judgment shall be so entered forthwith.

Dated: ______________

HONORABLE JEFFREY S. WHITE
JUDGE OF THE UNITED STATES
DISTRICT COURT