UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONAL INVESTMENT CONSULTANTS, INC., et al.,<br>    Defendants,<br><br>and<br><br>THERESA C. WONG, an individual,<br>    Relief Defendant. | STIPULATION TO PROPOSED CONSENT ORDER OF PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF AGAINST DEFENDANTS PACIFIC BEST GROUP LTD, NATIONAL INVESTMENT CONSULTANTS, INC, WEI MAN TSE, RUN PING ZHOU, YI KERRY XU AND RELIEF DEFENDANT THERESA WONG (~~PROPOSED~~ ORDER)<br><br>Case No.: 05-cv-02641-JSW<br><br>Judge: The Hon. Jeffrey S. White |

It is hereby agreed that the following modifications are made to the PROPOSED CONSENT ORDER OF PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF AGAINST DEFENDANTS PACIFIC BEST GROUP LTD, NATIONAL INVESTMENT CONSULTANTS, INC, WEI MAN TSE, RUN PING ZHOU, YI KERRY XU AND RELIEF DEFENDANT THERESA WONG:

Page 14 line 3:   Change "Pacific Best: $120,000" to "Pacific Best: $100,000";

Page 14 line 4:   Change "NICI: $120,000" to "NICI: $100,000";

Page 14 line 5:   Change "Raymond Tse: $100,000" to "Raymond Tse: $82,000";

Page 14 line 6:   Change "Flora Zhou: $78,500" to "Flora Zhou: $65,500";

Page 14 line 10:  Change "Pacific Best: $40,000" to "Pacific Best: $20,000";

Page 14 line 11:  Change "NICI: $30,000" to "NICI: $20,000";

Page 14 line 12:  Change "Raymond Tse: $29,250" to "Raymond Tse: $18,000";

Page 14 line 13: Change "Flora Zhou: $29,000" to "Flora Zhou: $13,000";

Page 14 lines 14 and 15: Delete "Defendants' State of California Civil Monetary Penalty shall be offset by any Civil Monetary Penalty payment made to the Commission";

Page 15 line 6: Add at end of sentence "and the Department of Corporations for the State of California as set forth above.";

Page 24 lines 20 and 21: Change "COMMODITIES" to "COMMODITY".

**SO ORDERED**, this 1st day of September, 2006, at San Francisco California.

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Consented to and approved for entry by:

PLAINTIFFS:

COMMODITY FUTURES TRADING COMMISSION

_____
By: Kevin K. Batteh
    Gretchen L. Lowe
Attorneys for Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

COMMISSIONER OF CORPORATIONS
STATE OF CALIFORNIA

_____
By:   Preston DuFauchard
California Corporations Commissioner
Alan S. Weinger
Acting Deputy Commissioner
Edward Kelly Shinnick
Corporations Counsel
71 Stevenson Street
San Francisco, CA 94105-2908

DEFENDANTS:

_____
Edward Gartenberg.
Thelen Reid & Priest LLP
Attorneys for Defendants Pacific Best
Company, Ltd, National Investment
Consultants, Inc., Raymond Tse, and
Relief Defendant Theresa Wong

_____
Edward Gartenberg.
Thelen Reid & Priest LLP
Attorneys with authority to sign for Defendant
Pacific Best Company, Ltd,

_____
John W. Cotton.
Cotton & Gundzik, LLP
Attorneys for Yi Kerry Xu

_____
Fred Koningsberg
Attorney for Defendant Run Ping Zhou

3

Page 14 line 13: Change "Flora Zhou: $29,000" to "Flora Zhou: $13,000";

Page 14 lines 14 and 15: Delete "Defendants' State of California Civil Monetary Penalty shall be offset by any Civil Monetary Penalty payment made to the Commission";

Page 15 line 6: Add at end of sentence "and the Department of Corporations for the State of California as set forth above.";

Page 24 lines 20 and 21: Change "COMMODITIES" to "COMMODITY".

**SO ORDERED**, this _____ day of _____, 2006, at San Francisco California.

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Consented to and approved for entry by:

PLAINTIFFS:

COMMODITY FUTURES TRADING COMMISSION

*Kevin Batteh* (signature)

_____
By: Kevin K. Batteh
    Gretchen L. Lowe
Attorneys for Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581


COMMISSIONER OF CORPORATIONS
STATE OF CALIFORNIA

_____
By:   Preston DuFauchard
California Corporations Commissioner
Alan S. Weinger
Acting Deputy Commissioner
Edward Kelly Shinnick
Corporations Counsel
71 Stevenson Street

Page 14 line 13: Change "Flora Zhou: $29,000" to "Flora Zhou: $13,000";

Page 14 lines 14 and 15: Delete "Defendants' State of California Civil Monetary Penalty shall be offset by any Civil Monetary Penalty payment made to the Commission";

Page 15 line 6: Add at end of sentence "and the Department of Corporations for the State of California as set forth above." ;

Page 24 lines 20 and 21: Change "COMMODITIES" to "COMMODITY".

**SO ORDERED**, this _____ day of _____, 2006, at San Francisco California.

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Consented to and approved for entry by:

PLAINTIFFS:

COMMODITY FUTURES TRADING COMMISSION

_____
By: Kevin K. Batteh
    Gretchen L. Lowe
Attorneys for Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

COMMISSIONER OF CORPORATIONS
STATE OF CALIFORNIA

_____
By:   Preston DuFauchard
California Corporations Commissioner
Alan S. Weinger
Acting Deputy Commissioner
Edward Kelly Shinnick
Corporations Counsel
71 Stevenson Street
San Francisco, CA 94105-2908

DEFENDANTS:

*/s/ Edward Gartenberg*
Edward Gartenberg.
Thelen Reid & Priest LLP
Attorneys for Defendants Pacific Best
Company, Ltd, National Investment
Consultants, Inc., Raymond Tse, and
Relief Defendant Theresa Wong

*/s/ Edward Gartenberg*
Edward Gartenberg.
Thelen Reid & Priest LLP
Specially Appearing for Defendant
Pacific Best Company, Ltd,


_____
John W. Cotton.
Cotton & Gundzik, LLP
Attorneys for Yi Kerry Xu


_____
Fred Koningsberg
Attorney for Defendant Run Ping Zhou

3

DEFENDANTS:

_____
Edward Gartenberg.
Thelen Reid & Priest LLP
Attorneys for Defendants Pacific Best Company, Ltd, National Investment Consultants, Inc., Raymond Tse, and Relief Defendant Theresa Wong

_____
Edward Gartenberg.
Thelen Reid & Priest LLP
Attorneys with authority to sign for Defendant Pacific Best Company, Ltd,

_____/s/_____
John W. Cotton.
Cotton & Gundzik, LLP
Attorneys for Yi Kerry Xu

_____
Fred Koningsberg
Attorney for Defendant Run Ping Zhou

3

DEFENDANTS:

_____
Edward Gartenberg.
Thelen Reid & Priest LLP
Attorneys for Defendants Pacific Best Company, Ltd, National Investment Consultants, Inc., Raymond Tse, and Relief Defendant Theresa Wong

_____
Edward Gartenberg.
Thelen Reid & Priest LLP
Attorneys with authority to sign for Defendant Pacific Best Company, Ltd,

_____
John W. Cotton.
Cotton & Gundzik, LLP
Attorneys for Yi Kerry Xu

_____
Fred Konigsberg
Attorney for Defendant Run Ping Zhou

Deleted: n

3