IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. COMMODITY FUTURES TRADING
COMMISSION ET AL,

    Plaintiff,

  v.

NATIONAL INVESTMENT
CONSULTANTS, INC., et al.,

    Defendants.

No. C 05-02641 JSW

**ORDER DENYING AS MOOT THELEN REID AND PRIEST LLP'S MOTION TO WITHDRAW AS COUNSEL**

On September 1, 2006, this Court entered a Consent Order of Permanent Injunction and Other Equitable Relief. Pursuant to the parties' joint status report filed on August 25, 2006, this Order rendered moot the pending motion to withdraw as counsel filed by Thelen Reid & Priest LLP (Docket No. 105), and that motion is HEREBY DENIED AS MOOT.

Accordingly, the Court HEREBY VACATES the hearing and case management conference set for September 15, 2006, and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: September 1, 2006

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE