**United States District Court**

For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 U.S. COMMODITY FUTURES TRADING
COMMISSION, et al.,

10                                      No. C 05-02641 JSW

       Plaintiffs,

11

   v.

12                                    **ORDER GRANTING**
 NATIONAL INVESTMENT                      **ADMINISTRATIVE MOTION**

13 CONSULTANTS, INC., et al.,               **FOR ENTRY OF STIPULATED**
                                        **JUDGMENT**

14        Defendants.

15 _____/

16        On December 13, 2006, Plaintiffs filed an administrative motion asking that the Court

17 enter a Stipulation for Judgment, pursuant to the Consent Order of Permanent Injunction and

18 Other Equitable Relief, certain Defendants having defaulted on payments due under that

19 Consent Order.  No opposition having been filed, and the time for filing such an opposition

20 having passed, the Court HEREBY GRANTS Plaintiffs' administrative motion.  The Stipulation

21 for Judgment shall be entered this date.

22        **IT IS SO ORDERED.**

23

24 Dated: December 19, 2006                                                

_____
25                                          JEFFREY S. WHITE
                                         UNITED STATES DISTRICT JUDGE

26

27

28