United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. COMMODITY FUTURES TRADING
COMMISSION, et al.,

    Plaintiffs,

  v.

NATIONAL INVESTMENT
CONSULTANTS, INC., et al.,

    Defendants.

_____/

No. C 05-02641 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR ORDER DIRECTING THE SETTLEMENT MONITOR TO REMIT SETTLEMENT FUNDS TO TRUSTEE IN DEFENDANT NATIONAL INVESTMENT CONSULTANT INC.'S CHAPTER 7 BANKRUPTCY PROCEEDING AND FOR AN ORDER DIRECTING THAT CERTAIN FROZEN FUNDS BE TRANSFERRED TO THE SETTLEMENT MONITOR**

On May 15, 2007, Plaintiffs filed a motion for an order regarding release of funds, and noticed the motion for hearing on July 27, 2007.

It is HEREBY ORDERED that any opposition to Plaintiffs' motion is due on June 8, 2007. Any reply brief shall be due on June 15, 2007. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If the parties seek to modify this briefing schedule, they may submit request or stipulation

demonstrating good cause for any such modification.

Plaintiffs are FURTHER ORDERED to serve a copy of this Order on all interested parties by May 18, 2007, and to file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: May 17, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE