**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

U.S. COMMODITY FUTURES TRADING
COMMISSION, et al.,

    Plaintiffs,

v.

NATIONAL INVESTMENT
CONSULTANTS, INC., et al.,

    Defendants.

No. C 05-02641 JSW

**ORDER GRANTING REMAINDER OF PLAINTIFFS' MOTION FOR ORDER DIRECTING THE SETTLEMENT MONITOR TO REMIT SETTLEMENT FUNDS TO TRUSTEE IN DEFENDANT NATIONAL INVESTMENT CONSULTANT INC.'S CHAPTER 7 BANKRUPTCY PROCEEDING AND FOR AN ORDER DIRECTING THAT CERTAIN FROZEN FUNDS BE TRANSFERRED TO THE SETTLEMENT MONITOR**

    This matter comes before the Court upon consideration of Plaintiffs' motion for an order authorizing the Settlement Monitor to remit settlement funds to the Bankruptcy Trustee and for an order directing that certain frozen funds be transferred to the Settlement Monitor.

    On June 12, 2007, the Court granted, in part, Plaintiffs' motion and Ordered that certain frozen funds be turned over to the Settlement Monitor. The Court also Ordered Plaintiffs' to serve Defendant National Investment Corporations, Inc's ("NICI") Bankruptcy Counsel with a copy of the June 12, 2007 Order, and an earlier order setting a briefing schedule on Plaintiffs' motion.

    In its June 12, 2007 Order, the Court gave Defendants until June 22, 2007 to file any opposition they might have to Plaintiffs' motion, and gave Plaintiffs until June 29, 2007 to file a

reply. With the exception of Defendant Zhou, who did not oppose that portion of Plaintiffs' motion affecting here, no other Defendants have opposed the motion. Accordingly, based on the lack of opposition and good cause appearing, the remainder of Plaintiffs' motion is HEREBY GRANTED.

Accordingly, IT IS HEREBY ORDERED that the Settlement Monitor shall transfer all funds it has received from NICI's Wells Fargo and US Bank accounts, which total approximately $156,062.66, within thirty (30) days of service of this Order upon the Settlement Monitor by Plaintiffs.

**IT IS SO ORDERED.**

Dated: July 3, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2