# EXHIBIT A

KEVIN K. BATTEH, (DC Bar No. 482021)
Chief Trial Attorney
JAMES H. HOLL, III, (DC Bar No. 453473)
Chief Trial Attorney
U.S. Commodity Futures Trading Commission
1155 21st St. N.W.
Washington, D.C. 20581
Telephone (202) 418-5311
Facsimile (202) 418-5538
E-mail: jholl@CFTC.gov
Attorneys for Plaintiff U.S. Commodity
Futures Trading Commission

PRESTON DuFAUCHARD
California Corporations Commissioner
ALAN S. WEINGER
Deputy Commissioner
EDWARD KELLY SHINNICK (CA State Bar No. 96209)
Corporations Counsel
71 Stevenson Street, Ste. 2100
San Francisco, CA 94105-2980
Telephone (415) 972-8544
Facsimile (415) 972-8550
E-mail: kshinnic@corp.ca.gov
Attorneys for Plaintiff Commissioner of
Corporations of the State of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION and THE COMMISSIONER OF CORPORATIONS OF THE STATE OF CALIFORNIA,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NATIONAL INVESTMENT CONSULTANTS, INC., a California corporation, SOUTH CHINA INVESTMENTS, INC., a California corporation,<br>PACIFIC BEST GROUP LTD, a.k.a. | Case No.: 05-CV-02641 JSW<br><br>**PLAN FOR DISTRIBUTION OF FUNDS**<br><br>Date:  October 22, 2010<br>Time:  9:00 a.m.<br>Place: Courtroom 11, 19th Floor<br>       United States District Court<br>       Northern District of California<br>       450 Golden Gate Avenue<br>       San Francisco, CA 94102<br><br>Assigned to Hon. Jeffrey S. White |

---

1

Plan for Distribution of Funds -- Case No.: 05-CV-02641 JSW

PACIFIC BEST COMPANY LTD, a British )
Virgin Islands Corporation, YI KERRY XU, )
an individual, RUN PING ZHOU a.k.a )
FLORA ZHOU, an individual, and WEI M. )
TSE a.k.a. RAYMOND TSE, an individual, )
    Defendants, )
                           )
    and )
                            )
THERESA C. WONG, an individual, )
    Relief Defendant. )
                            )

## I. Introduction

The Consent Order entered on September 1, 2006 in this action, case number 05-2641 JSW, provided that the defendants make restitution payments to the settlement monitor Daniel Driscoll of the National Futures Association ("NFA") for distribution to defendants' customers. The Consent Order also directed the settlement monitor to collect funds from banks holding frozen funds pursuant to the June 29, 2005 restraining order to be distributed as restitution as well.

Defendants made no restitution payments and as a result a stipulated judgment in the amount of $3,400,000 was entered on December 19, 2006. At this time the only funds available for distribution are those from defendants' bank accounts, currently being held by the monitor the NFA, totaling $272,496.95. Plaintiffs, through the settlement monitor the NFA, intend to distribute these funds on a pro rata basis to investor claimants who have provided supporting documents as shown in the Investor Claimant List and Distribution Schedule, both of which are attached hereto.

## II. The Investor Claimants who will Receive Distribution Funds

Investor claimants (that is, those persons who claim to have invested money with one or more of the defendants to be used for currency trading) were identified in this case when they, or someone on their behalf, initiated an oral or written complaint to the CFTC or California Department of Corporations. The first complaints pre-dated the filing of this civil action; a

2
Plan for Distribution of Funds -- Case No.: 05-CV-02641 JSW

number of complaints followed the filing of the Complaint; many complaints followed the settlement of this case and filing of the Consent Order; and the last complaints were received in February 2008. The name and last known address of each investor claimant is listed in the attached Investor Claimant List. (Note: The Plaintiffs have tried to list each claimant by first name first, but the settlement monitor may discover at the time of distribution that a name needs to be corrected. In addition, where the Investor Claimant List has names in the disjunctive {eg. "or"} it is the Plaintiffs understanding that persons listed are somehow related, such as father or son, husband or wife, and the distribution check can be made payable to either claimant.)

      In addition to providing identifying information, each investor claimant was asked to provide the dates and total amount of funds invested, the amount of funds lost, and written support of their claims. All but seven investor claimants provided supporting documents. The attached Investor Claimant List provides in adjacent columns from left to right: the identity of each investor claimant, the amount and date of the investment, and the amount of loss claimed if supporting documents were provided. If no supporting documents were provided there is no monetary amount listed under the column "Amount Lost". Each investor's pro-rata share of available funds is provided in the Distribution Schedule attached as well.

      In this distribution plan there is no difference in the treatment of investors due to the date they invested. Victims are included in the distribution list who lost investments beginning in June 2001 with South China Investment, beginning in around February 2004 with NICI, and up through November 2007 with Christ Investment Service, Inc. All three companies perpetuated the same foreign currency trading fraud, were managed and controlled by the same individual defendants (including Flora Zhou and/or Raymond Tse), and at one time or another operated out of offices located in 300 Montgomery Street, San Francisco, CA. Shortly after the filing of this civil action defendant Raymond Tse moved Christ Investment to 900 Kearny Street #228, San Francisco, CA, and continued perpetuating this scam until late 2007 when according to the Plaintiffs' information he left the country.

      In addition, in this distribution plan there is no distinction made between Account

Executives who invested and others who invested. The defendants perpetuated this currency trading scam by employing Account Executives and getting them to invest their own money, or recruit their relatives, friends or other persons to invest. All were victims of defendants' fraud. However, no Account Executive is included in the distribution plan who is considered to have been substantially involved in the fraud.

### III. Distribution of Funds

According to this plan of distribution, that is subject to approval by this Court, a pro rata distribution of the available funds will be made to all known investor claimants of this scam who have provided documents supporting their claimed loss, as shown in the Investor Claimant List and Distribution Schedule, both of which are attached hereto.

Any amounts returned by a defendant to an investor claimant have not been included in the amount of loss claimed.

All known investor claimants are listed in the attached Investor Claimant List, and the only known investor claimants who will not be included in the distribution of funds, as reflected in the attached Distribution Schedule, are those who have not provided supporting documents. A pro rata distribution will treat all investor claimants who have provided supporting documents equally.

The total amount of documented investment loss is $3,072,784.74 and the total the NFA has available for distribution is $272,496.95. The pro rata amount for each investor was determined by dividing that claimant's amount of proven loss by the total investment losses multiplied by the total available funds for distribution. An individual investor claimant's share of the pro rata distribution appears in the distribution schedule attached.

### IV. Procedures for Objection to Plan

Receiving copies of the Motion and Plan of Distribution (including attached Investor Claimant List and Distribution Schedule) provides victims the opportunity to object to any portion of the Plan by filing a memorandum in opposition to this Motion with this Court. Copies of this Motion, and Plan of Distribution (including Investor Claimant List and Distribution

Schedule), and the Declarations of Suzanne Cech and Peter Mock, have been mailed, contemporaneously with the filing of this motion, to each investor claimant's last known address as reflected in the proof of mailing attached as Exhibit B to plaintiffs' Motion.

Any person opposing this Motion and Plan of Distribution (including attached Investor Claimant List and Distribution Schedule) shall file a written memorandum of opposition with the Court, mail the memorandum to the Plaintiffs (see addresses for Plaintiffs on top of first page of this Plan), and comply with Local Rules, no later than October 1, 2010. Failure to timely file an opposition may be deemed by the Court to be consent to the granting of this Motion.

Responses to oppositions or objections to the Plan are to be filed with the Court no later than October 8, 2010.

Upon conclusion of the period allowed for oppositions and responses and within 30 days after the entry of the Approval Order, the NFA shall distribute the funds to eligible claimants pursuant to the terms of the approved plan.

### V. Miscellaneous Provisions

The NFA shall be authorized, empowered and permitted to enter into an agreement or agreements with any investor claimant subsequent to the Approval Order, which provide(s) for payment or treatment of such claimant's claim; provided, however, that no such agreement or agreements shall provide for payment or treatment of such claimant's claim upon terms more favorable to such claimant than the payment or treatment provided to other claimants.

The provisions of the Plan upon confirmation through the Approval Order, shall be binding upon all claimants and parties in interest.

Where applicable distributions under the Plan shall be made by sending a check in the name of the claimant to the last known address of said claimant or to the address specified by any change of address notices received by the NFA before the funds are distributed. Investor claimants are required to advise the NFA, in writing, of any change of address.

In the event that an approved investor claimant fails to negotiate a check within 90 days after the date of the check such claim shall be considered abandoned and disallowed in its

5
Plan for Distribution of Funds -- Case No.: 05-CV-02641 JSW

entirety. The funds, which would otherwise be distributed to such claimant, shall be distributed to Plaintiffs as payment of defendants' penalties.

The NFA shall be held harmless for any damages or liability that may arise through the discharge of its duties under the Plan.

There is a possibility that additional sums will be collected in the future by the Treasury Department. If more funds become available for further distributions, the NFA shall distribute these funds in accordance to the terms of this Plan, Investor Claimant List and Distribution Schedule, but the Plan, List and Schedule may be modified both before and after approval, on such notice and hearing as this Court deems appropriate.

The Court shall retain jurisdiction over the Case for all purposes allowed by law including, but not limited to, the following:

a.) the interpretation, implementation, enforcement, and consummation of the Plan;

b.) the allowance or disallowance of any claim;

c.) the determination of the validity and priority of any claim;

d.) the modification of the plan as may be necessary to carry out its intent; and

e.) any future plans of partial or final distribution.

The plaintiffs believe the Plan represents a fair and equitable plan of distribution of the minimal funds available. It is respectfully requested that this Court approve the plan of distribution.

Dated: July 16, 2010

Respectfully submitted,

_____/s/_____ (by Edward K. Shinnick with Permission of Kevin Batteh)
Kevin K. Batteh
Chief Trial Attorney
James H. Holl, III
Chief Trial Attorney
Attorneys for Plaintiff U.S. Commodity
Futures Trading Commission

//

Preston DuFauchard
California Corporations Commissioner
Alan S. Weinger
Deputy Commissioner
Edward Kelly Shinnick
Corporations Counsel
Attorneys for Plaintiff Commissioner of
Corporations of the State of California

# NICI Investor Claimant List

| Consumer | Home Phone Number | Business Phone Number | Mailing Address | Amount Invested | Amount Loss | Investment Dates | Comments |
|---|---|---|---|---|---|---|---|
| Ling, Shi Jing (needs chinese translator) | 415-846-2677 | | 107 Jules Ave., San Francisco, CA 94112 | Inv. 20K initially but was losing so inv 40K total and 8K rec | $32,000.00 | 8/04 to 11/04 | Account Exec. |
| Hug, David (Zhuo Cheng Huang) | 415/713-6484 | 650-341-8838 | 207 San Benito Road Brisbane, CA 94005 | Inv. 23K and rec only $99 when closed | $22,901.00 | 7/02 to 11/02 | Account Exec; Used anothers name to open the account. |
| Ramos, Renne | 510-841-9304 | 510-693-6257 | 2703 Matthews Street, Berkeley, CA 94702 | $75K inv; lost it all | $74,430.00 | fall 2004 | Declaration signed. $570 cash back |
| Li, Yuling (needs translator) | 650-572-8568 or c: 650/504-7173 | 650-504-7173 | 1091 Shell Blvd., Apt.9, Foster City, CA 94404 | $10K initially and then another $3,597 to save acct; Closed acct w/ 3K left. (Also she opened up accts for unnamed others who lost $) | $10,597.00 | 5/03 to 7/03 | Acct Exec |
| FEG, GUO QIANG (needs translator) | 415/386-7345 | Broker Ann Huang at fax #650-802-8298 | 4122 Balboa St., SF, CA 94121 | Lost 24K verified (closed acct with 2,374) | $24,000.00 | 8/04 to 11/04 | This is Vincent Feng's father. Vincent's English is bad; On 6-21-06 a friend and a broker Ann Huang called for Guo Feng and asked me that status. I sent her a Questionnaire and she returned an executed one with receipts in June 2006. A/C#F8361. |
| W,Jun Zhao (needs translator) | 415-586-0242 | 650-344-5500 | 835 Airport Blvd., Burlingame, CA 94010 | Lost $50,000 | $50,000.00 | 9/04 to 11/04 | Husband Rong Wei Wang was Acct Exec and invested Wan Zhao's money in an acct in her name; After this she divorced him and he returned to China and she is left w/ children. |
| Benmin Bao Shan Yan (needs translator) | 415-337-7956 | 415-882-1688 | 621 Bowdoin Street, S.F. CA 94134 | $10,500 lost it all | $10,500.00 | 8/02 to 2/03 | Acct Exec. |
| XinYuan Guo (Wei Ta)(needs translator) | 415-931-6768 | 415-203-2830 | 937 Clay Street, #204, SF, CA 94108 | Initially 20K invested but then $61,050 to keep fr losing acct; all lost | $61,050.00 | 6/03 to 10/03 | Acct Exec |
| Hung, Lin (Husb Wlen Zi Chang Wu) | 415-516-1936 | | 654 Jackson Street, Apt.1, SF, CA 94133 | $20,000 | $20,000.00 | 8/03 to 9/03 | Acct Exec. Tse interv. Acct in hush name |
| Wa,, Xiang | 415-731-4485 | 415-374-0077 | 2238 42nd Ave., SF, CA 94116 | 20K; closed acct w $1,200 | $18,800.00 | 1/04 to 3/04 | Declaration signed. Speaks poor English. |
| Cho, Nan Hui | 415/674-8116 | | 627 Taylor Street, #14, San Francisco, CA 94102 | $20K | $20,000.00 | 1/02 to 5/02 | Declaration signed. |
| Zhao, Jian | 415-602-9617 | | 1634 43d Ave. SF, CA 94122 | $20K | $0.00 | 1/05 to 3/05 | Husband invested. Amt. From complaint form. **See husband's claim** |
| Mei, Wenzhen | 415-333-4394 | 415-812-8457 | 36 Naglee Ave. SF, CA 94112 | $33,700 | $25,300.00 | 11/04 to 7/05 | Acct. Exec. |
| Zhu, Zhi Yuan | 415-585-5652 | 415-819-0896 | 128 Newton Street, SF, CA 94112 | $42K lost | $42,000.00 | 8/04 to 12/04 | **Declaration** signed. Acct Exec. |

1

## NICI Investor Claimant List

| Consumer | Home Phone Number | Business Phone Number | Mailing Address | Amount Invested | Amount Loss | Investment Dates | Comments |
|---|---|---|---|---|---|---|---|
| Lee, Derrick (needs translator) | 415/933-9010 | | 343 22nd Ave Apt 2 San Francisco, CA 94121 | $70K lost | | Around 2003 | Investor did not maintain any documents. He tried to obtain check copies from the bank but not successful |
| Duan, Nicolas | 415-552-2268 | 415-489-8997 | 1180 Howard Street, Apt 415, SF, CA 94103 | $70,467 | $70,467.00 | 2/04 to 7/04 | Declaration signed. |
| Lu, Hua Jie (needs translator) | 650-997-3310 | 510/589-6008 | 383 Chester Ave. SF, CA 94132 | $60K document. Withdrew $4K | $56,000.00 | 5/03 to 7/03 | Acct Exec; A/C#8235. |
| Hong, Jeff Zhuofan (needs translator) | 415-822-2381 | | 1313 Quesada Ave. SF, CA 94124 | $40K | $40,000.00 | 1/02 to 5/02 | Contacted by Wen Ling (Acct Ex) |
| Hong, Su Ling | 650-991-7187 | 415-657-0419 | 824 Maddux Dr Daly City, CA 94015 | $20K | $20,000.00 | 5/04 to 7/04 | Xing Yao Liu was my Acct Exec. |
| Chu, David Chaowei (ntls translator) | 510-278-5782 | 510-406-3832 | 545 Cornell Street, San Lorenzo, CA 94580 | $37,000 | $37,000.00 | 10/04 to 4/05 | Ying Wang (Acct Exec) |
| Sun, Xiaodong (needs translator) | 510-548-3088 | | 431 Richmond Dr, Apt 7 Millbrae, CA 94030 | $30K, $1K cash back | $29,000.00 | 4/00 to 4/01 | Invested with Flora Zhou |
| Zhu, Lian Jian | 415/621-4606 | 415/812-7016 | 1462 Quesada Ave. SF, CA 94124 | $60K | $53,081.00 | 12/01 to present | A/C#F8163. |
| Xing Ping Hu (and mother Ying Hu) (ntls translator) | 415/752-5036 | 415/812-2280 | 491 31st Ave #219, SF, CA 94121 | My son and I lost $24K net | $24,000.00 | 9/04 to 11/04 | Invested with son |
| La Bing Loo (needs translator) | | 415/986-4943 | 1104 Stockton Street, Apt 104, SF, CA 94133 | Deposited $20K but lost $14K and had trouble getting back balance | $14,395.03 | 9/03 to 9/04 | Her Son, Alen (Haoxin) Huang was hired as an Acct Exec. Opened an acct in my name |
| Xiaoli Feng | 650/697-7266 | 650/271-2743 | 362 Richmond Dr.#6, Millbrae, CA 94030 | $28K, Withdrew $8K | $20,000.00 | 9/03 to 10/03 | Acct Exec. A/C#8257. |
| Wu Si Kou | 650/697-8938 | 650/740-6539 | 1086 Clearfield Drive, Millbrae, CA 94030 | $25K, withdrew $87.31 | $24,912.69 | 7/03 to 8/03 | Friend Eva Choi was an Acct Exec. A/C#8223. |
| Kong W. Shiu | 209/537-7576 | 209/204-7713, unable to contact | 1229 Riverette Dr. Modesto, CA 95351 | Unknown | | 7/05 to 8/05 | Invested w Raymond Tse |
| Wu Ouyang | 415/585-7876 | 415/359-8513 | 470 Otsego Ave. San Francisco, CA 94112 | $17K | $17,000.00 | 10/03 to 11/03 | A/C#8263 |
| Ju Qinglian Zhang | 415-240-9246 cell | | 15 Poncetta Dr. #237, Daly City, CA 94015 | $60,490.49 | $60,490.49 | 1/3/2003 | A/C#F8208 |
| Ca E. Gill | 510/568-9417 | 888-434-9391 | 4096 Piedmont Ave. #347 Oakland, CA 94611 | $20,000.00 | $18,015.41 | 1/03 to 3/03 | Withdrew $1,984.59 on 5/6/2003 |
| Cindy Liu Zheng | 510/835-2693 | 510/604-0038 | 1534 Third Ave. Oakland, CA 94606 | $25K withdrew $7K | $18,000.00 | 6/04 to 6/05 | May have been an Acct Exec. A/C#F8370. |

2

## NICI Investor Claimant List

| Consumer | Home Phone Number | Business Phone Number | Mailing Address | Amount Invested | Amount Loss | Investment Dates | Comments |
|---|---|---|---|---|---|---|---|
| Jin Honk Zhao | 415/467-8328 | | 93 Wabash Terrace, San Francisco, CA 94134 | $23K | $23,000.00 | 3/05 to 6/05 | A/C#F8411 |
| Shao Fu Guan | 415/664-8605 | 415/771-1405 | 1459 46th Ave. SF, CA 94122 | $12K, A/C#F8103 | $9,616.00 | 7/20/2001 | My son Xing Hua Guan was an Acct Exec. |
| Jia Ning Cao | 415/664-5185 | 415/513-2309 | 1234 Sixth Ave. Apt 4, SF, CA 94122 | $34,500, withdrew $8,333.27 | $26,166.73 | 9/03 to 10/03 | Acct Exec. More info and does available upon request. A/C#8259. |
| Yvonne Huang (needs translator) | 510/261-4322 | 510/703-1115 | 2127 East 21st St. Oakland, CA 94606 | $20K?? Or $68,000?? | | 8/02 to 10/02 | Huang was an Acct Ex w/ 2 clients, Danny Choi and UK second person. |
| Daisy Choi | | | 1201 53rd Ave., Oakland, CA 94601 | $20K? | | Aug-02 | Choi invested thru Acct Ex. Yvonne Huang and she has indicated that the total she and her two clients lost (one of which was Choi) was $68K. A/C #F8176 |
| David Laursen | | 925/876-6641 | 4298 Oleander St., Livermore CA 94551 | $105K. $4K withdrawal | $101,000.00 | 5/04 to 7/05 | Declaration signed |
| Sofia Sun (needs translator) and David Jiang (needs translator) | Cell: 415/290-6381 | 415/731-6361 | 1805 Diamond Street, SF, CA 94131 | $40K | $40,000.00 | 6/04 to 8/04 | Her Acct Exec was her husband David Jiang (Yun Long). |
| Kitty Chang (poor Enish) | 414/468-3228 | | 1228 Goettingen Street, SF, CA 94134 | Lost $15,501. Had invested $20K but w/d some cash. | $15,501.00 | 6/17/2004 | Kitty Chang invested thru her friend's husband Acct Exec. David Jiang. We have copies of her Deposit Receipt and one Daily Stm. Is friends w/ S. Sun. |
| Helena Veehar Lee (po English) | 415/203-9851 | | 1884 17th Ave. SF, CA 94122 | $20K | $20,000.00 | 6/18/2004 | Helena Lee was another friend who invested thru Acct Ex David Jiang. We have a copy of her cancelled check to "SCI" only. Housewife. |
| Sanjus Rehnke | 510/657-1052 | | 4818 Claremont Park, Fremont, CA 94538 | $13K | $13,000.00 | 5/04 to 7/05 | Julie Zhang was Acct Exec |
| Syla Obradovic | 510/436-4348 | | 2036 13th Ave. Apt.3, Oakland, CA 94606 | 30K | $30,000.00 | 10/04 to 11/04 | Declaration signed. |
| Sten Ting | 650/307-1313 | 650/522-9990 | 1658 Palm Ave. San Mateo, CA 94402 | $19,500 | $19,500.00 | 3/04 to 11/04 | Declaration signed. |
| Hoiyu Christina Liang | Cell: 510/499-2328 | | 901 Balra Dr., El Cerrito, CA 94530 | 28K | $28,000.00 | 9/04 to 12/04 | Declaration signed. |
| Tsolo Lui (Danny) | Cell: 415/254-9949 | | 2423 42nd Street, SF, CA 94116 | 20K | $15,500.00 | 10/04 to 11/04 | Declaration signed.A/C#F8378.A/C# F8226. |
| MeChin Sheng | 415/661-6662 | 408-717-8035 | 2709 Irving Street, SF CA 94122 | 20K | $20,000.00 | 10/20/2004 | Told no risk |
| Laay Chang | 415-602-0342 | | 904 SouthGate Ave. Daly City, CA 94015 | 90374.98 | $90,374.98 | Jan-06 | Declaration signed. |
| Lere Lau | 650-992-8587 | 415-378-4783 | 8200 Oceanview Ter #423 SF 94132 | 100K | $100,000.00 | Mar-06 | A/C#F8483 |
| Xiaobin Yang | 650/279-2957 | | 1262 Water Lily Way, San Jose, CA 95129 | 20K | $20,000.00 | Jul-05 | Declaration signed. |

3

## NICI Investor Claimant List

| Consumer | Home Phone Number | Business Phone Number | Mailing Address | Amount Invested | Amount Loss | Investment Dates | Comments |
|---|---|---|---|---|---|---|---|
| Ming Yue Li | | | 822 Milo Ct., San Jose, CA 95133 | 20K | $20,000.00 | Aug-05 | Declaration signed. |
| Zhi Sheng, Zheng | 415-240-2786 | | 3045 Catalina Island Rd., West Sacramento, CA 95691 | $30K | $30,000.00 | Jan-03 | A/C#F8206 |
| Mayo Mori Smith | | 415-987-8072 | 1215 Greenwich St. #4-c, SF, CA 94109 | $95K | $93,343.29 | Aug-06 | Withdrew closing balance of $1,656.71. A/C#F8182 |
| Gai Lai Dea/Joanne Sio/Jin Qing Guan | 415-928-8752 | 415-354-6673 | 53 Yale Street, SF, CA 94134 | $25K, Withdrew $5500 & closed out $1700 | $17,800.00 | Jul-04 | A/C#F8346 |
| San Cheung Kwong | 415-333-9349 | | 2781 Bryant Street, SF, CA 94110 | $20K | | | Paid cash of $20K and got back $1,000.00. No records of investment |
| Basha Chin/Eva Choi | 415-285-6983 | 415-412-8673 | 2312 21st Ave. SF, CA 94116 | $42,300.00 | $42,300.00 | May-03 | A/C#F8228 |
| Jason Huang | 415-566-1465 | 415-517-7618 | 16114 Via Arriba, San Lorenzo, CA 94580 | $22K, Withdrew $3,089.28 | $18,940.72 | Jan-05 | A/C#F8404 |
| Yong Sheng | 510-276-8726 | 650-872-3268 | 530 Larkin St. #305B, SF, CA 94102 | $30K | $29,892.03 | Apr-05 | Withdrew closing balance of $107.97. A/C#F8439 |
| Ho Ming, Lu | 415-830-1932 | | 1166 Munich St. S.F. CA 94112 | $20K | $20,000.00 | Jan-04 | A/C#F8300. |
| Lei Yin, Li | 415-337-7688 | 408-310-3669 | 318 Argonaut Ave. S.F. CA 94134 | $10K | $15,266.78 | Oct-04 | Complainant did not keep any receipt for the investment |
| Li Chen, Xiao | 415-602-6960 | | 30 Edgar Pl. S.F. CA 94112 | $20K, withdrew $4,733.22 | $15,266.78 | Sep-04 | A/C#F8366 |
| Xiong Li, Xu | | 415-623-9729 | 48 Saint Charles Ave. S.F. CA 94132 | $24K | $24,000.00 | Apr-06 | A/C#F8430 |
| Bonnie Bickhar Tang | 415-586-6582 | 415-362-5500 | 1314 30th. Ave. S.F. CA 94122 | $30K | $19,863.42 | Aug-02 | A/C#8186, only have support for $20K,closing balance $136.58 |
| Xi Qin, Rong | 415-693-9872 | 415-987-8230 | 828 J Pacific Ave. S.F. CA | $20K | $20,000.00 | Sep-04 | A/C#F8360, deposit records only. |
| Samuel Choy | 415-203-5421 | 415-986-0832 | 75 Byxbee Street, SF, CA 94132 | $20K, withdrew $1194.23 | $18,805.77 | Oct-04 | A/C#F8384 |
| Jin Zhu Wang | | 415-860-1680 | 1636 48th Ave. S.F. CA 94122 | $31,729.00 | $31,729.00 | Oct-06 | A/C#F8266 |
| Hoi Li | 415-812-5037 | | 883 37th. Ave. S.F. CA 94121 | $12,000.00 | $8,624.62 | Jun-06 | Withdrew closing balance of $3375.38. A/C#F8239 |
| Yoa, Li | 415-379-9497 | 415-992-2731 | 1266 Mayberry Ln, San Jose, CA 95131 | $40K, Withdrew closing bal. $975.83 | $39,024.17 | Mar-05 | A/C#F8412,the additional $20K was supported by statement balance & cancelled check. |
| Yue Lan, Li | 408-436-1098 | 510-755-5331 | 1266 Mayberry Ln, San Jose, CA 95131 | $20K, withdrew $2122.39 | $17,877.61 | Apr-05 | A/C#F8437 |
| Nicole Rui Feng, Wu | 408-436-1098 | 605-255-3088 | 315 Lakeview Ave. S.F. CA 94112 | $14K, $200 cash back | | Jun-03 | Investor did not maintain any documents. She stated that she paid cash to the agent Gary Luo |

4

## NICI Investor Claimant List

| Consumer | Home Phone Number | Business Phone Number | Mailing Address | Amount Invested | Amount Loss | Investment Dates | Comments |
|---|---|---|---|---|---|---|---|
| Sharon Peng | 415-641-1211 | 510-525-4746 | 1851 Palou Ave. S.F. CA 94124 | $30,000.00 | $30,000.00 | May-05 | A/C#F8447 |
| JuWei, amanda Hu & anshui Chan | 415-750-1340 | 415-439-3248 | 457 43rd Ave. S.F. CA 94121 | $97,300.00 | $95,200.00 | May-05 | For A/C#F8426 & A/C#F8444 |
| ZiHong Guo | 415-676-1943 | | 58 Lighthouse, Daly City, CA 94014 | $15,000.00 | $15,000.00 | Nov-02 | A/C#F8205 |
| Ying Wong | 415-665-9061 | 415-608-6071 | 1574 42nd. Ave. S.F. CA 94122 | $50K | $50,000.00 | Jun-06 | A/C#F8246 |
| Janet Huixian Wu Lee | 415-202-4113 | | 1658 42nd Ave. S.F. CA 94122 | $26,500 | $26,500.00 | May-03 | A/C#F8229 |
| YiPing Yee/Lew | 415-668-9841 | | 718 7th Ave. S.F. CA 94118 | $47,000 | $47,000.00 | Apr-03 | A/C#F8222 |
| Jet Zhu | 415-392-3938 | 415-812-6123 | 63 Huntington Dr. S.F. CA 94132 | $34,000 | $34,000.00 | Apr-02 | A/C#F8150 |
| Yvonne Yang | 415-543-1832 | | 133 Shipley Street, Apt. W306, S.F. CA 94107 | $10,000 | $10,000.00 | Aug-02 | A/C#F8180. |
| Jie Liang | 510-653-4284 | 510-869-3169 | 196 Santa Clara Ave. Oakland, CA 94610 | $20,000 | $20,000.00 | Sep-04 | A/C#F8379 |
| Chris Burton | 704-453-1778 | 704-896-0339 | 20306 N. Main St. Cornelius, NC 28031 | $45,000 | $45,000.00 | Nov-03 | A/C#F8270 |
| James Weizhong Zhao | | 510-813-8397 | 1126 South Van Ness Ave. Apt. 3, S.F. CA 94110 | $46,495 | $25,000.00 | Jun-01 | Please review Declaration for detail. Added on 4/9/2008 |
| Sao Xiaobin Liu | 415-309-8682 | 415-309-8682 | 1954 Donner Ave. S.F, CA 94124 | 46,448.00 | $37,170.00 | Apr-03 | Documents complete. A/C#F8226. A/C#F8106 & F8112. Per James, all fund in the F8106 were transferred to F8112. He did not include all statements to reflect all withdrawals from the accounts. He stated that the loss was about $25K. |
| Joe Chun Yu | 510-594-7154 | | 841 Stockton Street, #3 S.F CA 94108 | 120,000.00 | $95,000.00 | Oct-05 | Invested thru Ray Tse |
| Ray Shao Wei Fan/Jian Zhen | 415/602-9617 | 415/205-0501 | 2359 20th Ave. S.F. CA.94116 | $20K | $20,000.00 | 3/05 to 7/05 | |
| Yan Ling,Wong | 415-391-8362 | | 517 Union Street San Francisco, CA 94133 | $30,000.00 | $30,000.00 | Mar-07 | A/C#H9069, filed police report |
| Rui Yi, Guan | 415-359-3035 | | 1461 Powell Street, #1 San Francisco, CA 94133 | $80,000.00 | $80,000.00 | Feb-07 | A/C#H9068, filed police report |
| Mei Jing, Wu | 415-608-6719 | | 828 Grant Avenue #204 San Francisco, CA 94108 | $68,000.00 | $68,000.00 | 5/28/2006 | A/C#F8486, filed police report |
| Ci, Li | 415-999-4021 | | 231 15th Ave. San Francisco, CA 94118 | $61,000.00 | $61,000.00 | 3/14/2006 | A/C#F8482, filed police report |
| Jing Yi Jen | 650-638-2370 | | 1635 Taraval St. San Francisco, CA 94116 | $93,500.00 | $93,500.00 | Jan 04-Dec 06 | Represented by Cooke Kobrick & Wu LLP |
| Mei-Fang Lisa, Zhang/Bay Area Affordable Housing | 650-638-2370 | | 1061 Sycamore Dr. Millbrae, CA 94030 | $118,990.00 | $118,990.00 | Jan 04-Nov 06 | Represented by Cooke Kobrick & Wu LLP |

5

## NICI Investor Claimant List

| Consumer | Home Phone Number | Business Phone Number | Mailing Address | Amount Invested | Amount Loss | Investment Dates | Comments |
|---|---|---|---|---|---|---|---|
| Yang-Chun Zhang | 650-638-2370 | | 1061 Sycamore Dr. Millbrae, CA 94030 | $19,700.00 | $19,700.00 | Mar-06 | Represented by Cooke Kobrick & Wu LLP |
| Carol Deng | 650-638-2370 | | 519 Union St. San Francisco, CA 94133 | $21,500.00 | $21,500.00 | Dec. 2006 | Represented by Cooke Kobrick & Wu LLP |
| Hui Liang | 650-638-2370 | | 411 Tilton Ave. San Mateo, CA 94401 | $37,159.00 | $37,159.00 | Sep 06-Mar 07 | Represented by Cooke Kobrick & Wu LLP |
| Xueduan Gao | 650-638-2370 | | 1323A 15th Ave. San Francisco, CA 94122 | $40,000.00 | $40,000.00 | Oct-06 | Represented by Cooke Kobrick & Wu LLP |

Total Investment Losses $3,072,784.74

6

NICI Investors Distribution Schedule

| Investors | Amount of Losses | % of loss to total loss | Funds available for distribution | Amount to be distributed |
|---|---|---|---|---|
| Ling, Shi Jing | $32,000.00 | 1.04140% | $272,496.95 | $2,837.78 |
| Huang, David (Zhuo Cheng Huang) | $22,901.00 | 0.74528% | $272,496.95 | $2,030.88 |
| Ramos, Renne | $74,430.00 | 2.42223% | $272,496.95 | $6,600.51 |
| Liu, Yuling | $10,597.00 | 0.34487% | $272,496.95 | $939.75 |
| FENG, GUO QIANG | $24,000.00 | 0.78105% | $272,496.95 | $2,128.34 |
| Wan Jun Zhao | $50,000.00 | 1.62719% | $272,496.95 | $4,434.04 |
| Benjamin Bao Shan Yang (needs translator) | $10,500.00 | 0.34171% | $272,496.95 | $931.15 |
| Xiao Yuan Guo (Wei Tan) | $61,050.00 | 1.98680% | $272,496.95 | $5,413.96 |
| Huang, Lin (Husb Wilson Zi Chang Wu) needs translator | $20,000.00 | 0.65088% | $272,496.95 | $1,773.62 |

NICI Investors Distribution Schedule

| Investors | Amount of Losses | % of loss to total loss | Funds available for distribution | Amount to be distributed |
|---|---|---|---|---|
| Wang, Xiang | $18,800.00 | 0.61182% | $272,496.95 | $1,667.20 |
| Chen, Nan Hui | $20,000.00 | 0.65088% | $272,496.95 | $1,773.62 |
| Zhen, Jian | $0.00 | 0.00000% | $272,496.95 | $0.00 |
| Mei, Wenzhen | $25,300.00 | 0.82336% | $272,496.95 | $2,243.62 |
| Zhu, Zhi Yuan | $42,000.00 | 1.36684% | $272,496.95 | $3,724.59 |
| Lee, Derrick | | 0.00000% | $272,496.95 | $0.00 |
| Duan, Nicolas | $70,467.00 | 2.29326% | $272,496.95 | $6,249.07 |
| Luo, Hua Jie | $56,000.00 | 1.82245% | $272,496.95 | $4,966.12 |
| Huang, Jeff Zhuofan | $40,000.00 | 1.30175% | $272,496.95 | $3,547.23 |
| Huang, Su Ling | $20,000.00 | 0.65088% | $272,496.95 | $1,773.62 |
| Chu, David Chaowei | $37,000.00 | 1.20412% | $272,496.95 | $3,281.19 |
| Sun, Xiaodong | $29,000.00 | 0.94377% | $272,496.95 | $2,571.74 |
| Zhao Lian Jian | $53,081.00 | 1.72746% | $272,496.95 | $4,707.26 |
| Lay Bing Loo (needs translator) | $14,395.03 | 0.46847% | $272,496.95 | $1,276.56 |
| Xiao Ping Hu (and mother Ying Hu) | $24,000.00 | 0.78105% | $272,496.95 | $2,128.34 |
| Xiaoli Feng | $20,000.00 | 0.65088% | $272,496.95 | $1,773.62 |

NICI Investors Distribution Schedule

| Investors | Amount of Losses | % of loss to total loss | Funds available for distribution | Amount to be distributed |
|---|---|---|---|---|
| Weng Si Kou | $24,912.69 | 0.81075% | $272,496.95 | $2,209.28 |
| Kong W. Shiu | | 0.00000% | | $0.00 |
| Wen Ouyang | $17,000.00 | 0.55324% | $272,496.95 | $1,507.57 |
| Julie Qinglian Zhang | $60,490.49 | 1.96859% | $272,496.95 | $5,364.34 |
| Carl E. Gill | $18,015.41 | 0.58629% | $272,496.95 | $1,597.62 |
| Cindy Liu Zheng | $18,000.00 | 0.58579% | $272,496.95 | $1,596.25 |
| Jin Honk Zhao | $23,000.00 | 0.74851% | $272,496.95 | $2,039.66 |
| Shao Fu Guan | $9,616.00 | 0.31294% | $272,496.95 | $852.75 |
| Jian Ning Cao | $26,166.73 | 0.85156% | $272,496.95 | $2,320.49 |
| Yvonne Huang | | 0.00000% | $272,496.95 | $0.00 |
| Danny Choi | | 0.00000% | $272,496.95 | $0.00 |
| David Laursen | $101,000.00 | 3.28692% | $272,496.95 | $8,956.76 |

NICI Investors Distribution Schedule

| Investors | Amount of Losses | % of loss to total loss | Funds available for distribution | Amount to be distributed |
|---|---|---|---|---|
| Sophia Sun and David Jiang | $40,000.00 | 1.30175% | $272,496.95 | $3,547.23 |
| Kitty Chang (poor English) | $15,501.00 | 0.50446% | $272,496.95 | $1,374.64 |
| Helena Yeehar Lee (poor English) | $20,000.00 | 0.65088% | $272,496.95 | $1,773.62 |
| Santos Rehmke | $13,000.00 | 0.42307% | $272,496.95 | $1,152.85 |
| Sylvia Obradovic | $30,000.00 | 0.97631% | $272,496.95 | $2,660.42 |
| Steven Ting | $19,500.00 | 0.63460% | $272,496.95 | $1,729.28 |
| Hongyu Christina Liang | $28,000.00 | 0.91123% | $272,496.95 | $2,483.06 |
| Tsz Ho Lui (Danny) | $15,500.00 | 0.50443% | $272,496.95 | $1,374.55 |
| Mei Chin Sheng | $20,000.00 | 0.65088% | $272,496.95 | $1,773.62 |
| Lapway Chang | $90,374.98 | 2.94114% | $272,496.95 | $8,014.52 |
| Lenore Lau | $100,000.00 | 3.25438% | $272,496.95 | $8,868.08 |
| Xiaobin Yang | $20,000.00 | 0.00000% | $272,496.95 | $0.00 |
| Ming Yue Li | $20,000.00 | 0.65088% | $272,496.95 | $1,773.62 |
| Zhi Sheng, Zheng | $30,000.00 | 0.97631% | $272,496.95 | $2,660.42 |
| Masayo Mori Smith | $93,343.29 | 3.03774% | $272,496.95 | $8,277.76 |
| Gum Lai Dea/Joanne Situ/Jin Qing Guan | $17,800.00 | 0.57928% | $272,496.95 | $1,578.52 |

NICI Investors Distribution Schedule

| Investors | Amount of Losses | % of loss to total loss | Funds available for distribution | Amount to be distributed |
|---|---|---|---|---|
| Sally Cheung Kwong | | 0.00000% | $272,496.95 | $0.00 |
| Bertha Chin/Eva Choi | $42,300.00 | 1.37660% | $272,496.95 | $3,751.20 |
| Jason Huang | $18,940.72 | 0.61640% | $272,496.95 | $1,679.68 |
| Yong Sheng | $29,892.03 | 0.97280% | $272,496.95 | $2,650.85 |
| Hao Ming, Lu | $20,000.00 | 0.65088% | $272,496.95 | $1,773.62 |
| Lei Yin, Li | | 0.00000% | $272,496.95 | $0.00 |
| Li Zhen, Xiao | $15,266.78 | 0.49684% | $272,496.95 | $1,353.87 |
| Xiang Li, Xu | $24,000.00 | 0.78105% | $272,496.95 | $2,128.34 |
| Bonnie Bickhar Tang | $19,863.42 | 0.64643% | $272,496.95 | $1,761.50 |
| Xiao Qin, Rong | $20,000.00 | 0.65088% | $272,496.95 | $1,773.62 |
| Samuel Choy | $18,805.77 | 0.61201% | $272,496.95 | $1,667.71 |
| Jin Zhu Wang | $31,729.00 | 1.03258% | $272,496.95 | $2,813.75 |
| Hong Li | $8,624.62 | 0.28068% | $272,496.95 | $764.84 |
| Yuan, Li | $39,024.17 | 1.26999% | $272,496.95 | $3,460.69 |
| Yue Lan, Li | $17,877.61 | 0.58180% | $272,496.95 | $1,585.40 |
| Nicole Rui Feng, Wu | | 0.00000% | $272,496.95 | $0.00 |
| Sharon Peng | $30,000.00 | 0.97631% | $272,496.95 | $2,660.42 |
| Jun Wei, amanda Hu & Manshui Chan | $95,200.00 | 3.09817% | $272,496.95 | $8,442.41 |
| Zhi Hong Guo | $15,000.00 | 0.48816% | $272,496.95 | $1,330.21 |
| Yang Wong | $50,000.00 | 1.62719% | $272,496.95 | $4,434.04 |
| Janet Huixian Wu Louie | $26,500.00 | 0.86241% | $272,496.95 | $2,350.04 |
| Yuk Ping Yee/Lew | $47,000.00 | 1.52956% | $272,496.95 | $4,168.00 |

NICI Investors Distribution Schedule

| Investors | Amount of Losses | % of loss to total loss | Funds available for distribution | Amount to be distributed |
|---|---|---|---|---|
| Juan Zhu | $34,000.00 | 1.10649% | $272,496.95 | $3,015.15 |
| Yvonne Yang | $10,000.00 | 0.32544% | $272,496.95 | $886.81 |
| Jie Liang | $20,000.00 | 0.65088% | $272,496.95 | $1,773.62 |
| Chris Burton | $45,000.00 | 1.46447% | $272,496.95 | $3,990.64 |
| James Weizhong Zhao | $25,000.00 | 0.81359% | $272,496.95 | $2,217.02 |
| Sally Xiaobin Liu | $37,170.00 | 1.20965% | $272,496.95 | $3,296.26 |
| Joan Chun Yu | $95,000.00 | 3.09166% | $272,496.95 | $8,424.67 |
| Ray Shao Wei Fang/Jian Zhen | $20,000.00 | 0.65088% | $272,496.95 | $1,773.62 |
| Yam Ling, Wong | $30,000.00 | 0.97631% | $272,496.95 | $2,660.42 |
| Rui Yi, Guan | $80,000.00 | 2.60350% | $272,496.95 | $7,094.46 |
| Mei Ling, Wu | $68,000.00 | 2.21298% | $272,496.95 | $6,030.29 |
| Mei Ci, Li | $61,000.00 | 1.98517% | $272,496.95 | $5,409.53 |
| Jimmy Jen/Bay Area Affordable Housing | $93,500.00 | 3.04284% | $272,496.95 | $8,291.65 |
| Mei-Fang Lisa, Zhang | $118,990.00 | 3.87238% | $272,496.95 | $10,552.13 |
| Yang-Chun Zhang | $19,700.00 | 0.64111% | $272,496.95 | $1,747.01 |
| Carol Deng | $21,500.00 | 0.69969% | $272,496.95 | $1,906.64 |
| Hao Liang | $37,159.00 | 1.20929% | $272,496.95 | $3,295.29 |
| Xue Huan, Gao | $40,000.00 | 1.30175% | $272,496.95 | $3,547.23 |
| Total | $3,072,784.74 | 100.00000% | | $272,496.95 |

6