**United States District Court**
For the Northern District of California

1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    U.S. COMMODITY FUTURES TRADING
     COMMISSION, et al.,
10                                                   No.  C 05-02641 JSW
               Plaintiffs,
11                                                   **ORDER CONTINUING HEARING
        v.                                           ON MOTION FOR APPROVAL
12                                                   OF PLAN FOR DISTRIBUTION
      NATIONAL INVESTMENT                            OF FUNDS**
13    CONSULTANTS, INC., et al.,

14             Defendants.
                                                  /
15

16          On July 16, 2010, Plaintiffs filed a Motion for Approval of Plan for Distribution of

17   Funds and noticed the motion for hearing on October 22, 2010.  It is HEREBY ORDERED that

18   the hearing is **continued** to October 29, 2010 at 9:00 a.m.  The continuance of the hearing shall

19   not affect the deadlines set forth in the Procedures for Objection to Plan, submitted with

20   Plaintiffs' motion, and any opposition to the motion and plan of distribution shall be filed with

21   the Court by no later than October 1, 2010, and any responses to the opposition or objections

22   shall be due by no later than October 8, 2010.

23          If the Court finds the matter suitable for disposition without oral argument, it shall issue

24   an order in advance of the hearing.

25   ///

26   //

27   //

28   //

**United States District Court**
For the Northern District of California

1    It is FURTHER ORDERED that Plaintiffs shall serve a copy of this Order on all

2    interested parties and shall file proof of such service with the Court by no later than July 23,

3    2010.

4    **IT IS SO ORDERED.**

5

6    Dated:   July 19, 2010                                   _____
                                                              JEFFREY S. WHITE
7                                                             UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2